IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IVERY SHEREE MOSLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PHILADELPHIA INQUIRER, PBC,<br><br>Defendant. | Case No. 2:24-cv-02106<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| STEVEN HASSELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PHILADELPHIA INQUIRER, LLC,<br><br>Defendants. | Case No. 2:24-cv-2499<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| CHRISTOPHER DEVINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PHILADELPHIA INQUIRER, LLC,<br><br>Defendant. | Case No. 2:24-cv-2503<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE CASES**

Plaintiffs Ivery Sheree Mosley, Steven Hassell and Christopher Devine (collectively, "Plaintiffs") respectfully request that the Court consolidate the above-captioned actions pursuant to Fed. R. Civ. P. 42(a) under the caption of the first-filed *Mosley* docket, No. 2:24-cv-02106; change the name of these consolidated matters to *In re Philadelphia Inquirer Data Security Litigation*; and administratively close the *Hassell* and *Devine* matters.

Consolidation of the above-captioned actions is appropriate because they arise from the same event—a data security incident beginning on or about May 11, 2023 that impacted Defendant The Philadelphia Inquirer, LLC (the "Security Incident").

There are three putative class actions pending in this Court related to the Security Incident:

1. *Mosley v. The Philadelphia Inquirer, LLC,* No. 2:24-cv-02106, filed in this Court on May 16, 2024;

2. *Hassell v. The Philadelphia Inquirer, LLC, ,* filed in the Court of Common Pleas of Philadelphia County, Pennsylvania, No, 240500800 on May 6, 2024 and subsequently removed to this Court (and assigned docket no. 2:24-cv-02499).

3. *Devine v. The Philadelphia Inquirer, LLC*, filed in the Court of Common Pleas of Philadelphia County, Pennsylvania, No. 240500884 on May 17, 2024 and subsequently removed to this Court (and assigned docket no. 2:24-cv-02503).

Rule 42(a) of the Federal Rules of Civil Procedure provides:

> If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay.

Fed. R. Civ. P. 42(a). The Rule "…confers upon a district court broad power, whether at the request of a party or upon its own initiate, to consolidate causes for trial as may facilitate the administration of justice." *Cartee-Haring v. Cent. Bucks Sch. Dist.*, Case No. 20-cv-1995, 2021 WL 5506419, at

1

*1 (E.D. Pa. Nov. 24, 2021) (quoting *Ellerman Lines, Ltd. v. Atlantic & Gulf Stevedores, Inc.*, 339 F. 2d 673, 675-76 (3d Cir. 1964)). Courts routinely consolidate overlapping data breach class actions that arise out of the same set of facts. *See e.g., Meyers v. Onix Grp., LLC*, No. CV 23-2288-KSM, 2023 WL 4630674, at *1 (E.D. Pa. July 19, 2023) (consolidating multiple data breach class actions pursuant to Fed. R. Civ. P. 42); *Gravley, Sr. v. Fresenius Vascular Care, Inc. d/b/a Azura Vascular Care,* Case No. 2:24-cv-01148-MMB (E.D. Pa. Apr. 30, 2024) (same); *Collins v. Rutter's Inc.*, Case No. 1:20-cv-00382, 2020 U.S. Dist. LEXIS 52214, at *6 (M.D. Pa. Mar. 26, 2020) (same).

The complaints in each of the above-captioned cases assert multiple common causes of action against the same common defendant—the Philadelphia Inquirer—related to the same event – the Security Incident. As such, Plaintiffs respectfully request that the Court enter the proposed order submitted herewith consolidating these cases. Counsel for the Defendants does not oppose this requested relief.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated July 19, 2024 | /s/ *Benjamin F. Johns* <br> Benjamin F. Johns (PA I.D. #201373) <br> **SHUB & JOHNS LLC** <br> Four Tower Bridge <br> 200 Barr Harbor Drive, Suite 400 <br> Conshohocken, PA 19428 <br> Telephone: (610) 477-8380 <br> bjohns@shublawyers.com |
|  | Kenneth J. Grunfeld <br> Jeff Ostrow <br> **KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT** <br> 65 Overhill Road <br> Bala Cynwyd, PA 19004 <br> Phone: (954) 525-4100 |

grunfeld@kolawyers.com
ostrow@kolawyerse.com

Terence R. Coates*
**MARKOVITS, STOCK &**
**DE MARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street
Suite 2100
Chicago, IL 60606
866-252-0878
gklinger@milberg.com

*Pro Hac Vice application forthcoming

*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July 2024, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

                                             */s/ Benjamin F. Johns*
                                             Benjamin F. Johns