IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHEREE MOSLEY,** *individually and on behalf of all others similarly situated*<br><br>  Plaintiff,<br><br>  *v.*<br><br>**THE PHILADELPHIA INQUIRER, PBC,**<br><br>  Defendant. | **CIVIL ACTION**<br><br>**NO. 24-2106-KSM** |
| **STEVEN HASSELL,** *individually and on behalf of all others similarly situated*<br><br>  Plaintiff,<br><br>  *v.*<br><br>**THE PHILADELPHIA INQUIRER, PBC, et al.**<br><br>  Defendants. | **CIVIL ACTION**<br><br>**NO. 24-2499-KSM** |
| **CHRISTOPHER DEVINE,** *individually and on behalf of all others similarly situated*<br><br>  Plaintiff,<br><br>  *v.*<br><br>**THE PHILADELPHIA INQUIRER, LLC,**<br><br>  Defendant. | **CIVIL ACTION**<br><br>**NO. 24-2503-KSM** |

## <u>ORDER</u>

**AND NOW**, this 23rd day of July, 2024, upon consideration of Plaintiffs Sheree Mosely, Steven Hassell and Christopher Devine's Unopposed Motions to Consolidate Cases pursuant to

Federal Rule of Civil Procedure 42(a) (Doc. No. 12, *Mosley v. The Philadelphia Inquirer, PBC*, No. 2:24-cv-02106 (E.D. Pa. July 19, 2024); Doc. No. 8, *Hassell v. The Philadelphia Inquirer, PBC*, No. 2:24- cv-02499 (E.D. Pa. July 19, 2024); Doc. No. 7, *Devine v. The Philadelphia Inquirer, LLC*, No. 2:24-cv-02503 (E.D. Pa. July 19, 2024)), it is **ORDERED** that the motions are **GRANTED**.  **IT IS FURTHER ORDERED** as follows:

1. Finding the above-captioned cases involve a common question of law or fact under Federal Rule of Civil Procedure 42(a)[1], the Court **CONSOLIDATES** *Mosley v. The Philadelphia Inquirer, PBC*, No. 2:24-cv-02106 (E.D. Pa.) (the "*Mosley* Action"); *Hassell v. The Philadelphia Inquirer, PBC*, No. 2:24- cv-02499 (E.D. Pa.) (the "*Hassell* Action"); and *Devine v. The Philadelphia Inquirer, LLC*, No. 2:24-cv-02503 (E.D. Pa.) (the "*Devine* Action") under the docket of the first-filed *Mosley* Action (the "Lead Case") (No. 2:24-cv-02106) (collectively, the "Consolidated Action").

2. Plaintiffs in the Consolidated Action shall file an operative Consolidated Class Action Complaint **no later than July 31, 2024**.

3. Defendants in the Consolidated Action shall file an answer, move, or otherwise respond to Plaintiffs' Complaint **no later than August 21, 2024**.[2]

4. All future filings in this matter will be filed on the docket of the Consolidated Action (No. 2:24-cv-02106).  When a filing is not intended to apply to all actions, the last name of the first-named plaintiff and docket number for each individual action to which the

---

[1] All three cases assert multiple common causes of action against the Philadelphia Inquirer related to the same data security breach.  (*See* Doc. No. 12, *Mosley v. The Philadelphia Inquirer, PBC*, No. 2:24-cv-02106.)

[2] The Court understands that Plaintiffs intend to file a forthcoming motion for preliminary approval of the class action settlement on **August 22, 2024**.

document is intended to apply will be listed instead (e.g., *Devine*, Civil Action No. 24-2503).

5. The Clerk of Court is **DIRECTED** to change the caption of the Consolidated Action to *In re Philadelphia Inquirer Data Security Litigation*.

6. The Clerk of Court is **DIRECTED** to administratively close for statistical purposes the *Hassell* and *Devine* Actions.

7. Pursuant to Local Rule 40.1(IV)(a)(ii), all cases related to the Lead Case, *Mosley*, No. 2:24-cv-02106, filed before, on the same date of, or after the docketing of this Order, shall be consolidated with and placed on the docket of the Lead Case.

8. The Clerk of Court is **DIRECTED** to transfer all parties to the docket of the Lead Case who appear in any and all related cases filed before, on the same date of, or after the docketing of this Order.

9. The Clerk of Court is **DIRECTED** to add all counsel to the docket of the Lead Case who have or will have entered a Notice of Appearance in any and all of the related cases filed before, on the same date of, or after the docketing of this Order.

10. Any counsel seeking admission pro hac vice, who have not yet moved or been granted admission, shall file their pro hac vice motions in the Lead Case.

11. The Clerk of Court is **DIRECTED** to mark any and all related cases subject to this Order, filed before, on the same date of, or after the docketing of this Order, with the flag "24-2106-KSM."

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.