# **EXHIBIT 3**

# Settlement Administration Services Resume



## Introduction

With Verita you receive unparalleled legal administrative services, delivered with a combination of unrivaled industry-leading expertise, personable & professional client service, and innovative technology solutions. We deliver a cost-effective strategy for every settlement, big or small, and bring it to life with a scalable service infrastructure and secure data management.

Together, that means unmatched support for your critical business processes and transactions.

## Our Credentials

Verita has earned both national and international industry awards and recognition for our services, leadership, progressive business model, and growth. The Verita team brings extensive experience to your business, having administered over 10,000 matters and distributed more than $2 billion (USD) annually for the last 10 years.

Looking further back, our highly experienced team has decades of unrivaled experience managing some of the most complex engagements in history.

**$2 billion** (USD)
Distributed annually for the last 10 years

**10,000+**
Matters administered across multiple industries and at various scales

## Our Approach

Verita's team knows the intricacies of settlement administration inside and out — and can help you build a clear, effective plan for every situation. That starts at the onset of each engagement when we develop an efficient, cost-effective strategy based on the terms of your settlement.

Our domestic infrastructure — one of the largest in the industry — includes a scalable call center capable of handling hundreds of thousands of calls per year, as well as the production capacity to produce and mail millions of documents annually. Our scalable administration services allow our experts to effectively serve the needs of both counsel and class members, ensuring comprehensive support throughout every aspect of the settlement process.

Connect with us: **310.823.9000 | veritaglobal.com**

veritaglobal.com

## Data Security & Insurance

Trustworthy data security is crucial to maintaining your clients' confidence and delivering reliable, frictionless results. To that end, Verita maintains a comprehensive security program designed to ensure the protection and secure handling of client data. Verita's information security framework is aligned to ISO 27001 and ISO 27002, and is kept up-to-date with annual reviews

**That includes policies governing:**

- Data Security
- Asset Management
- Access Control
- Cryptography
- Physical and Environmental
- Operations Security

- Vulnerability Management
- System Development & Maintenance
- Vendor Management
- Incident Management
- Business Continuity
- Compliance

To ensure industry-leading security standards across your team, all Verita employees undergo a comprehensive and continuous training and awareness program.

Verita is prepared for engagements across practically any sector and offers GDPR, CCPA, and HIPAA compliant solutions to meet the needs of any administration. To further reduce risk, we limit the collection of Personally Identifiable Information, taking only the minimal data points necessary for our services. For additional peace of mind, Verita possesses all relevant insurance, including professional indemnity insurance, general liability, property, comprehensive crime, electronic and computer crime, and cyber liability insurance.

## Verita Personnel

Every engagement is assigned a team of experienced consultants, specialists, and technology experts. They serve as knowledgeable, accessible partners you can depend on for the duration of your engagement — and have earned their reputation for careful analysis, procedural integrity, and consistently exceeding clients' expectations.

Regardless of who is assigned to your team, our dedicated personnel have decades of experience both within Vertia and throughout the legal industry. Vertia's professionals are trained both formally and in practice, carrying trusted credentials for their areas of expertise. This includes undergraduate and master's business degrees, information technology certifications, and law degrees, as well as licenses and certificates in relevant disciplines.

Verita's main offices are in El Segundo, CA; San Rafael, CA; and London, ON; with a robust presence across North America and globally.


veritaglobal.com

## Settlement Value

| Case | Amount |
|---|---|
| In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litig. | $1,690,000,000 |
| Ageas SA/NV v. Vereniging van Effectenbezitters (aka Fortis) | $1,573,000,000 |
| Steinhoff International Holdings N.V | $941,000,000 |
| Ramah Navajo Chapter v. Jewell | $940,000,000 |
| Federal Trade Commission v. The Western Union Co. | $586,000,000 |
| Vaccarino v. Midland National Life Ins. Co. | $555,000,000 |
| In re Facebook Biometric Info. Privacy Litig. | $550,000,000 |
| Safeco Insurance Company of America v. American International | $450,000,000 |
| Johnson v. Caremark Rx, LLC | $310,000,000 |
| In re Activision Blizzard, Inc. Stockholder Litig. | $275,000,000 |
| N.J. Carpenters Health Fund v. Royal Bank of Scotland Group, PLLC | $275,000,000 |
| Dial Corp. v. News Corp. | $244,000,000 |
| In re Medical Capital Securities Litig. | $219,000,000 |
| In re NCAA Athletic Grant-In-Aid CAP Antitrust Litig. | $209,000,000 |
| Gutierrez v. Wells Fargo Bank, N.A. | $203,000,000 |
| Rimler v. Postmates Inc. | $179,000,000 |
| In the Matter of BlueCrest Capotal Management Ltd. | $170,000,000 |
| Bell v. Farmers Insurances Exchange | $170,000,000 |
| In re Diamond Foods, Inc. Securities Litig. | $167,000,000 |
| In re JPMorgan Chase Co. Securities Litig. | $150,000,000 |
| Haddock v. Nationwide Life Insurance Co. | $140,000,000 |
| In re Freeport-McMoran Copper & Gold Inc. Derivative Litig. | $138,000,000 |
| Bank of America NA v. El Paso Natural Gas Co. | $115,000,000 |
| In re Anthem, Inc. Data Breach Litig. | $115,000,000 |
| In re Medical Capital Securities Litig. | $114,000,000 |
| Drywall Acoustic Lathing and Insulation Local 675 Pension Fund v. SNC-Lavalin Group Inc. | $110,000,000 |
| In re Automotive Parts Antitrust Litig. | $103,000,000 |
| In re Rural Metro Corp. Stockholders Litig. | $98,000,000 |
| Marcu v. J.C. Penney Co., Inc. | $97,000,000 |
| Various state and territorial courts v. U.S. Tobacco Co. | $96,000,000 |
| Oubre v. Louisiana Citizens Fair Fund | $93,000,000 |
| Ardon v. City of Los Angeles | $92,000,000 |
| Nishimura v. Gentry Homes, Ltd. | $90,000,000 |
| In re Potash Antitrust Litig. (No. II) | $90,000,000 |
| Ormond v. Anthem, Inc. | $90,000,000 |
| In re Dynamic Random Access Memory (DRAM) Antitrust Litig. | $88,000,000 |
| In re Morning Song Bird Food Litig. | $85,000,000 |
| Ideal v. Burlington Resources Oil & Gas Co. LP | $85,000,000 |
| Willoughby v. DT Credit Corp. (Drivetime) | $78,000,000 |
| Bake v. Saint-Gobain Performance Plastics Corp. | $62,000,000 |



## Class Size

| | |
|---|---|
| Edwards v. National Milk Producers Federation | 90,000,000 |
| In re Anthem, Inc. Data Breach Litig. | 80,000,000 |
| In re Carrier IQ, Inc. Consumer Privacy Litig. | 47,000,000 |
| The Home Depot, Inc. Customer Data Security Breach Litig. | 40,000,000 |
| In re Midland Credit Mgmt., Inc. TCPA Litig. | 30,000,000 |
| Golden v. ContextLogic Inc., d/b/a Wish.com | 29,000,000 |
| Cassese v. Washington Mutual, Inc. | 23,000,000 |
| In re Wawa, Inc. Data Security Litig. | 22,000,000 |
| Rael v. The Children's Place, Inc. | 22,000,000 |
| In re Optical Disk Drive Antitrust Litig. | 20,000,000 |
| In re UltraMist Sunscreen Litig. | 20,000,000 |
| Torres v. Wendy's International, LLC | 18,000,000 |
| In re Lithium Ion Batteries Antitrust Litig. | 16,000,000 |
| In re Facebook Biometric Info. Privacy Litig. | 15,000,000 |
| Gordon v. Verizon Communications, Inc. | 15,000,000 |
| In re Experian Data Breach Litig. | 15,000,000 |
| Opperman v. Kong Technologies, Inc. | 13,000,000 |
| Lerma v Schiff Nutrition International, Inc. | 12,000,000 |
| Kolinek v. Walgreen Co. | 10,000,000 |
| Dunstan v. comScore, Inc. | 10,000,000 |
| Consumer Financial Protection Bureau v. Sprint Corporation | 9,000,000 |
| Steinfeld v. Discover Financial Services | 9,000,000 |
| Cohen v. FedEx Office and Print Services, Inc. | 9,000,000 |
| Elvey v. TD Ameritrade, Inc. | 9,000,000 |
| In re Monitronics Int'nl, Inc. TCPA Litig. | 8,000,000 |
| In re Portfolio Recovery Associates TCPA Litig. | 7,000,000 |
| Morrow v. Ascena Retail Group, Inc. | 7,000,000 |
| Shames v. Hertz Corp. | 7,000,000 |
| Roberts v. Electrolux Home Products, Inc. | 6,000,000 |
| Chambers v. Whirlpool Corp. | 6,000,000 |
| Martin v. Safeway Inc. | 6,000,000 |
| Morales v. Conopco Inc. dba Unilever | 5,000,000 |