**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **IN RE PHILADELPHIA INQUIRER DATA BREACH LITIGATION** | **CIVIL ACTION**<br><br>**NO. 24-2106-KSM** |

## <u>ORDER</u>

     **AND NOW**, this 28th day of August 2024, it is **ORDERED** that the Court will hold oral argument on Plaintiffs' Unopposed Motion for Preliminary Class Action Settlement Approval (Doc. No. 17) on **September 19, 2024 at 3:00 p.m.** in Courtroom 16B of the United States District Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
_____
KAREN SPENCER MARSTON, J.