IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE PHILADELPHIA INQUIRER DATA BREACH LITIGATION** | **CIVIL ACTION**<br><br>**NO. 24-2106-KSM** |

## ORDER

**AND NOW**, this 30th day of August 2024, it is **ORDERED** that the Court will hold oral argument on Plaintiffs' Unopposed Motion for Preliminary Class Action Settlement Approval (Doc. No. 17) on **September 25, 2024 at 1:30 p.m.** in Courtroom 16B of the United States District Courthouse, 601 Market Street, Philadelphia, Pennsylvania.[1]

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
_____
KAREN SPENCER MARSTON, J.

---

[1] This order serves to reschedule the hearing in this matter previously scheduled for September 19, 2024 at 3:00 p.m. (Doc. No. 18.)