1                IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3

    IN RE: PHILADELPHIA INQUIRER DATA SECURITY LITIGATION,
4
                CIVIL CASE NUMBER 24-CV-2106
5

6    _____

                            SEPTEMBER 25, 2024
7                           COURTROOM 16B
                            PHILADELPHIA, PA 19106
8

9    _____
        BEFORE THE HONORABLE KAREN S. MARSTON, J.
10   _____

            UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
11                OF THE CLASS ACTION SETTLEMENT

12   APPEARANCES:

13   BENJAMIN F. JOHNS, ESQUIRE
     ANDREA BONNER, ESQUIRE
14   SAMANTHA E. HOLBROOK, ESQUIRE
     SHUB & JOHNS LLC
15   FOUR TOWER BRIDGE
     200 BARR HARBOR DR., SUITE 400
16   WEST CONSHOHOCKEN, PA 19428

17   COUNSEL FOR THE PLAINTIFFS

18

                        LYNN GLIGOR, RMR
19                   OFFICIAL COURT REPORTER
                   ROOM 2609 U. S. COURTHOUSE
20                    601 MARKET STREET
                   PHILADELPHIA, PA 19106
21                     (856)649-4774

22

     PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
23   TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

24

25

```
 1     CONTINUED APPEARANCES:

 2     KENNETH J. GRUNFELD, ESQUIRE
       KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT
 3     65 OVERHILL ROAD
       BALA CYNWYD, PA 19004
 4
       COUNSEL FOR THE PLAINTIFFS
 5

 6     ANGELO A. STIO, III, ESQUIRE
       TROUTMAN PEPPER HAMILTON SANDERS, LLP
 7     301 CARNEGIE CENTER, SUITE 400
       PRINCETON, NJ 08648
 8
       COUNSEL FOR THE DEFENDANTS
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    (CLERK OPENS COURT.)

2                    THE COURT:  HELLO, EVERYONE.  YOU MAY BE

3        SEATED.  GIVE ME A MINUTE TO PULL THIS UP.

4                    ALL RIGHT.  SO WE ARE HERE IN THE CASE

5        REGARDING THE PHILADELPHIA INQUIRER DATA BREACH.  IT IS

6        CASE NUMBER 24-2106.

7                    AT THIS TIME WILL COUNSEL PLEASE STATE

8        THEIR NAMES FOR THE RECORD.

9                    MR. JOHNS:  GOOD AFTERNOON, YOUR HONOR,

10       BEN JOHNS FOR THE PLAINTIFFS.

11                   MR. GRUNFELD:  GOOD AFTERNOON, KENNETH

12       GRUNFELD FOR THE PLAINTIFFS.

13                   MS. HOLBROOK:  GOOD AFTERNOON, SAMANTHA

14       HOLBROOK ALSO FOR THE PLAINTIFFS.

15                   THE COURT:  GOOD TO HAVE ALL OF YOU.

16                   MS. BONNER:  ANDREA BONNER.

17                   THE COURT:  GOOD TO SEE YOU.

18                   MR. STIO:  GOOD AFTERNOON, YOUR HONOR,

19       ANGELO STIO FROM TROUTMAN PEPPER HAMILTON SANDERS ON

20       BEHALF OF THE DEFENDANT.  AND I HAVE MY COLLEAGUE,

21       ROBERT JENKINS HERE AS WELL.  HE IS NOT ADMITTED IN THE

22       EASTERN DISTRICT OF PENNSYLVANIA, BUT HE WORKED ON THE

23       CASE.  I WANTED HIM TO SEE THE HEARING.

24                   THE COURT:  IS HE LOOKING TO BECOME

25       ADMITTED?  OR HE WANTS TO HANG OUT.
```

1          OKAY.  SO WE ARE HERE TODAY ON THE

2    UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS

3    ACTION SETTLEMENT.  I AM HAPPY TO HEAR FROM YOU.  I DO

4    HAVE SOME QUESTIONS ALONG THE WAY AND PROBABLY SOME

5    REVISIONS THAT ARE GOING TO HAVE TO BE MADE, BUT LET'S

6    GO AHEAD AND YOU MAY START.

7          MR. JOHNS:  THANK YOU, YOUR HONOR.  MAY I

8    USE THE PODIUM?

9          THE COURT:  YOU MAY.

10         MR. JOHNS:  GOOD AFTERNOON, YOUR HONOR.

11   MAY IT PLEASE THE COURT, BEN JOHNS FOR THE PLAINTIFFS.

12   I AM GOING TO ACTUALLY START THIS HEARING WITH SOMETHING

13   I HAVE NEVER DONE BEFORE, WHICH IS TO APOLOGIZE TO THE

14   COURT.  AS I WAS TAKING THE TRAIN IN THIS MORNING AND

15   READING THROUGH SOME OF THE SETTLEMENT PAPERS, WE MADE A

16   MISTAKE.  AND THIS MIGHT HAVE BEEN THE REVISIONS THAT

17   YOU WERE ALLUDING TO SPECIFICALLY, BUT SPECIFICALLY,

18   SECTION -- THIS IS PAGE 11 OF THE SETTLEMENT AGREEMENT.

19   SECTION 3.3C, THERE'S A SENTENCE IN THERE ABOUT --

20         THE COURT:  YES, THERE'S A LOT HERE.

21         MR. JOHNS:  YES.  THANK YOU.  SO YOU

22   CAUGHT IT AND YOU UNDERSTAND WHAT I AM GOING TO SAY.

23   BUT OBVIOUSLY EVERYBODY IS GETTING THE MONITORING IN

24   THIS CASE, SO THEREFORE, IF YOU ELECT THE CASH, YOU ARE

25   STILL GOING TO GET THE MONITORING.  I NOTICED THERE WAS

1  SIMILAR LANGUAGE LIKE THAT THAT WAS IN THE NOTICES AS

2  WELL.

3           SO WITHOUT GOING INTO IT LINE BY LINE,

4  WHAT I WOULD RESPECTFULLY SUBMIT IS IF WE CAN HAVE AN

5  OPPORTUNITY TO RESUBMIT THESE PAPERS.  WE CAN DO THAT BY

6  THE END OF THE WEEK, IF THAT WOULD BE ACCEPTABLE TO THE

7  COURT, WITH THESE REVISIONS, AND WE CAN DO THAT BOTH IN

8  A REDLINE AND A CLEAN VERSION.

9           AND I REMEMBER FROM THE ONIX MATTER THAT

10  WE HAD WITH YOUR HONOR, ONE OF THE THINGS YOU ASKED US

11  TO DO WAS TO PUT THE ACTUAL DATES IN THE SETTLEMENT

12  AGREEMENT, SO WE CAN DO THAT AS WELL IF THE COURT WOULD

13  LIKE.

14           THE COURT:  OKAY.  BUT YOU STILL WANT TO

15  HAVE A HEARING TODAY, RIGHT?

16           MR. JOHNS:  YES, I JUST WANTED TO START

17  OUT BY JUST --

18           THE COURT:  AND I DO HAVE SOME MORE

19  QUESTIONS.  IF YOU REMEMBER FROM THE ONIX MATTER, I KIND

20  OF HAD SOME MORE ISSUES TO IT.  I WANT TO MAKE SURE THIS

21  IS AS EASY FOR PEOPLE TO UNDERSTAND AS POSSIBLE.

22           THAT CERTAINLY WILL BE ACCEPTABLE.

23           MR. JOHNS:  THANK YOU.

24           THE COURT:  BUT LET'S GO THROUGH WHAT YOU

25  NEED TO GO THROUGH.

```
1                   MR. JOHNS:  SURE.

2                   AS YOU SAID, WHEN YOU CAME OUT, YOUR

3        HONOR, WE ARE HERE ON THE UNOPPOSED MOTION FOR

4        PRELIMINARY APPROVAL.  THERE IS ONE BRIEF THAT RAISES

5        THREE ISSUES.  THE FIRST IS WHETHER THE PROPOSED

6        SETTLEMENT IS FAIR, REASONABLE AND ADEQUATE; THE SECOND

7        IS WHETHER THE COURT SHOULD CERTIFY THE CLASS FOR

8        SETTLEMENT PURPOSES; AND THE THIRD IS WHETHER THE COURT

9        SHOULD APPROVE THE NOTICE PLAN.

10                  WITH RESPECT TO THE FIRST PRONG OR FIRST

11       ISSUE, AS WE SET FORTH IN OUR BRIEF, WE THINK THIS IS A

12       GOOD SETTLEMENT.  IN COMPARISON TO THE ONIX SETTLEMENT,

13       WHICH IS A BIGGER AGGREGATE COMMON FUND AMOUNT ON A

14       PER-PERSON BASIS, THIS IS LARGER.

15                  AND CANDIDLY, THAT'S SOMETHING THAT WE

16       SEE IN THESE SMALLER DATA BREACHES.  TYPICALLY THE

17       PER-PERSON RECOVERY AMOUNT IS LARGER WHEN THERE IS FEWER

18       PEOPLE IN THE CLASS.  OR SAID ANOTHER WAY, WHEN THERE IS

19       A BIG HUGE SETTLEMENT, LIKE HOME DEPOT OR EQUIFAX OR

20       SOMETHING, YOU DON'T GET SOMETHING LIKE WHAT WE HAVE

21       HERE, WHICH IS ABOUT $20 A HEAD.  IT'S USUALLY A DOLLAR

22       OR SOMETHING LESS THAN A DOLLAR PER PERSON.  SO COMPARED

23       TO OTHER SETTLEMENTS, IT'S A GOOD RESULT.

24                  GOING THROUGH THE --

25                  THE COURT:  LET'S TALK ABOUT THE CLASS.
```

```
 1                      MR. JOHNS:  OKAY.

 2                      THE COURT:  25,000?

 3                      MR. JOHNS:  25,549.

 4                      THE COURT:  ALL RIGHT.  ARE THEY ALL

 5      SUBSCRIBERS, ARE THEY EMPLOYEES, WHO ARE THEY?

 6                      MR. JOHNS:  IT'S A MIXED BAG.  THERE IS

 7      EMPLOYEES, SUBSCRIBERS, I THINK THERE WERE APPLICANTS.

 8      MR. STIO --

 9                      MR. STIO:  A FEW APPLICANTS AS WELL, YOUR

10      HONOR.

11                      MR. JOHNS:  SO, AS WE SET --

12                      THE COURT:  WHAT EXACTLY GOT TAKEN?

13                      MR. JOHNS:  THE TYPE OF DATA WAS -- IT

14      INCLUDED SOCIAL SECURITY NUMBERS, DRIVER'S LICENSES,

15      FINANCIAL INFORMATION AND MEDICAL INFORMATION.

16                      SO AS --

17                      THE COURT:  OKAY.  I MEAN, I GUESS --

18      DOES IT DEPEND OR LIKE, I MEAN, WOULD AN APPLICANT HAVE

19      MEDICAL INFORMATION?

20                      MR. STIO:  MAY I SPEAK, YOUR HONOR?

21                      THE COURT:  YOU MAY.

22                      MR. STIO:  YOUR HONOR, IT WOULD DEPEND ON

23      WHO THE INDIVIDUAL WAS.  IT WASN'T THE SAME EXACT DATA

24      ELEMENTS FOR EACH INDIVIDUAL.  SO IF IT WAS AN EMPLOYEE

25      WHO MAY HAVE HAD, LIKE, A CLAIM, A HEALTHCARE CLAIM THAT
```

1    WAS IN THEIR FILE, THERE COULD HAVE MEDICAL INFORMATION.

2    IF IT WAS AN EMPLOYEE WHO HAD A RESPONSIBILITY FOR

3    DRIVING OR DELIVERING, IT MAY BE A DRIVER'S LICENSE.  IF

4    IT WAS A SUBSCRIBER, IT WAS PRIMARILY MAYBE A CREDIT

5    CARD NUMBER.  IT WOULDN'T HAVE HAD THE CCV CODE OR

6    ACCESS, BUT STILL, IT WOULD CONSTITUTE FINANCIAL

7    INFORMATION.  SO IT DEPENDS ON WHAT BUCKET THEY FELL

8    INTO, YOUR HONOR.

9                    THE COURT:  OKAY.  I APPRECIATE THAT.

10                   BUT THERE IS NO -- IS THERE ANY EVIDENCE

11   THAT IT WAS -- THAT THIS INFORMATION GOT USED IN ANY

12   WHICH WAY?

13                   MR. STIO:  YOUR HONOR, WE HAVE NO

14   EVIDENCE THAT THE INFORMATION WAS USED IN ANY WAY THAT

15   RESULTED IN IDENTITY THEFT.

16                   THE COURT:  OKAY.  THANK YOU.

17                   AS TO WHAT HE IS SAYING, HOW WOULD

18   ANYBODY HAVE DOCUMENTED LOSSES IN THIS CASE?

19                   MR. JOHNS:  WELL, I THINK THE QUESTION

20   WAS REALLY SORT OF PROVING THE NEGATIVE.  IF NOBODY HAS

21   GONE OUT AND TALKED TO THESE 25,000 PEOPLE --

22                   THE COURT:  YOUR PLAINTIFFS, THE NAMED

23   PLAINTIFFS, DO THEY HAVE DOCUMENTED LOSSES?

24                   MR. JOHNS:  DO THEY HAVE DOCUMENTED

25   LOSSES?  I DON'T KNOW IF THEY HAVE DOCUMENTS TO SUPPORT

1      THEIR LOSSES.

2                  JUST GIVE ME A SECOND.

3                  I DON'T KNOW THE ANSWER TO THAT STANDING

4      UP HERE, YOUR HONOR.  BUT I CAN TELL YOU THAT THIS IS A

5      SIMILAR STRUCTURE TO WHAT WE HAVE DONE IN OTHER CASES.

6      AND I THINK WHAT WE ARE -- THE DISCUSSION WE ARE HAVING

7      KIND OF SEGUES INTO GOING BACK TO THE GIRSH FACTORS AND

8      THE FAIR, REASONABLE AND ADEQUACY OF THE SETTLEMENT,

9      BECAUSE IT HIGHLIGHTS SOME OF THE RISKS THAT WE HAVE,

10     BOTH WITH CAUSATION, STANDING, OBVIOUSLY THERE IS CLASS

11     CERTIFICATION RISKS.

12                 AND SO WE WERE ABLE TO, INSTEAD OF HAVING

13     THE PARTIES AND THE COURT HAVING TO SORT THROUGH ALL OF

14     THAT TO GET THIS RESOLVED EFFICIENTLY, WE USED MR.

15     PICKER FROM THE STRADLEY RONON LAW FIRM, SAME MEDIATOR

16     WE USED IN ONIX, AND WE WERE ABLE TO GET THIS DONE.

17                 WE THINK IT IS A VERY GOOD RESULT UNDER

18     THE CIRCUMSTANCES.  EVERYONE, AS I MENTIONED BEFORE, IS

19     GOING TO GET THIS ONE YEAR OF THREE-BUREAU MONITORING.

20     THERE IS ALSO GOING TO BE ENHANCEMENTS TO THE SECURITY

21     THAT THE INQUIRER IS GOING TO MAKE AT ITS END.

22                 AND SO, I PREPARED, AS YOU MAY RECALL,

23     YOUR HONOR, FROM THE ONIX HEARING.  IF I CAN HAND THIS

24     UP?

25                 THE COURT:  OKAY.

1         MR. JOHNS:  I HAVE A COUPLE OF EXTRA

2    COPIES, IF YOU WOULD LIKE THEM.

3         THE COURT:  WHY IS A LARGE PORTION OF

4    THIS CLASS DECEASED?

5         MR. JOHNS:  YOUR HONOR, THAT WAS ANOTHER

6    ERROR.  I'M SORRY, I NOTICED THAT, TOO.

7         THAT -- WHEN WE PUT THIS TOGETHER, WE

8    USED THE ONIX MATERIALS.  AND SO THAT WAS A HANGOVER --

9    THAT WAS A CARRYOVER THAT WAS IN THE SECOND PAGE OF THE

10   BRIEF, SO I APOLOGIZE FOR THAT.

11        SO THE DOCUMENT THAT I HAVE HANDED UP HAS

12   THE BREAKDOWN, AT LEAST THE PROPOSED BREAKDOWN, AT THIS

13   TIME OF THE CLASS AND THE FUND.  I AM HAPPY TO GO

14   THROUGH AND WALK THE COURT THROUGH IT, IF YOU HAVE ANY

15   QUESTIONS.  BUT THIS IS HOW WE ANTICIPATE THE MONEY

16   BEING DISTRIBUTED.

17        SO, IF THERE ARE NO QUESTIONS ON THAT, AS

18   I SAID, WE BELIEVE THIS IS FAIR, REASONABLE AND ADEQUATE

19   UNDER THE CIRCUMSTANCES, GIVEN THE LITIGATION AND OTHER

20   RISKS.

21        THE SECOND ISSUE IS WHETHER TO CERTIFY

22   CLASS FOR SETTLEMENT PURPOSES.  WE BRIEFED THIS, TOO, SO

23   I WILL JUST GO THROUGH IT QUICKLY, UNLESS YOU HAVE ANY

24   OTHER QUESTIONS YOU WANT TO DRILL DOWN ON.

25        ASCERTAINABILITY.  THIS IS A GROUP THAT

1    HAS ALREADY BEEN IDENTIFIED AND PROVIDED WITH NOTICE,

2    THEY ARE KNOWN.

3              NUMEROSITY.  25,000 IS THE CLASS SIZE.

4    THE THIRD CIRCUIT, GENERALLY IF IT'S 40 OR MORE, IT'S

5    PRESUMPTIVELY THAT ELEMENT IS CHECKED.

6              COMMONALITY AND PREDOMINANCE.  ALL OF THE

7    KEY ISSUES IN THE CASE REVOLVE AROUND THE DEFENDANT'S

8    CONDUCT AND ACTION:  WHETHER DEFENDANT HAD THE DUTY;

9    WHETHER THE DEFENDANT BREACHED THE DUTY; WHETHER

10   DEFENDANT WAS UNJUSTLY ENRICHED; WHETHER THE DEFENDANT

11   VIOLATED CONSUMER STATUTES.  THOSE ARE ALL ISSUES THAT

12   FOCUS ON THE INQUIRER AND PREDOMINATE OVER ANY

13   INDIVIDUAL ISSUES.

14             TYPICALITY.  THE CLAIMS OF THE PLAINTIFFS

15   ARE THE SAME AS THE CLASS MEMBERS.

16             ADEQUACY.  THE CLASS REPRESENTATIVES, AS

17   WE SET FORTH IN OUR PAPERS, STEPPED FORWARD AND BROUGHT

18   THE CASE.  IF IT WEREN'T FOR THEM, WE WOULD NOT BE HERE.

19             AND WE WOULD SUBMIT THAT COUNSEL IS

20   ADEQUATE AS WELL.

21             SUPERIORITY.  AGAIN, THERE IS NO REAL

22   ALTERNATIVE TO CLASS ACTION TO RESOLVE THIS.

23             SO WE THINK THE RULE 23 ELEMENTS ARE

24   SATISFIED WITH RESPECT TO THE PROPOSED SETTLEMENT.

25             THE THIRD ISSUE IS THE NOTICE.  AND WE

1    HAVE DISCUSSED THAT IN THE BRIEF AS WELL.  BUT

2    ESSENTIALLY, WE ARE GOING TO DO THE SAME THING THAT WAS

3    DONE BEFORE WHEN THE INQUIRER INITIALLY PROVIDED NOTICE

4    OF THE BREACH BACK IN APRIL OF THIS YEAR.  SO WE ARE

5    GOING TO DO DIRECT MAILING TO ALL KNOWN CLASS MEMBERS.

6    WE ARE GOING TO DO SOME OTHER STUFF, TOO; WE ARE GOING

7    TO HAVE A WEBSITE, A SETTLEMENT WEBSITE.

8                SO UNLESS THE COURT HAS ANY QUESTIONS OR

9    WANTS ME TO GO INTO IT IN MORE DETAIL, I THINK WE WOULD

10   REST ON OUR PAPERS WITH RESPECT TO THE THREE ISSUES THAT

11   I SAID WERE IN OUR BRIEF.

12                THE COURT:  SO LET ME GET THIS RIGHT.  IN

13   APRIL THE INQUIRER GIVES NOTICE.  BY MAY, PLAINTIFFS

14   FILE LAWSUITS?

15                MR. JOHNS:  MM-HMM.

16                THE COURT:  AND BY JULY, YOU ALL WERE

17   ABLE TO SETTLE THIS?

18                MR. JOHNS:  YEP.

19                THE COURT:  WELL, WHAT TYPE OF DISCOVERY

20   WAS TURNED OVER IN THIS CASE?

21                MR. JOHNS:  THEY SENT OVER SOME

22   PREMEDIATIONAL LETTERS WITH INFORMATION ABOUT THE

23   DEMOGRAPHICS OF THE CLASS.

24                BUT THE DISCOVERY IN THESE TYPES OF CASES

25   IS NOT SUPER COMPLICATED.  I THINK WE ASKED FOR A

1    FORENSIC REPORT, BUT I DON'T THINK -- THERE WASN'T --

2    USUALLY -- NOT USUALLY.  SOMETIMES IN DATA BREACHES THE

3    COMPANY WILL DO A FORENSIC REPORT WHERE THEY ANALYZE

4    WHAT HAPPENED, AND HOW DID THESE PEOPLE GET IN.  WE DID

5    ASK FOR THAT; AS MR. STIO JUST SAID, THEY DID NOT HAVE

6    ONE.

7                    BUT YES, THAT'S THE TIMELINE.

8                    THE COURT:  AND I SUPPOSE -- DOES THIS --

9    THE PRO RATA SHARE IS BASED ON NO PEOPLE FILING

10   DOCUMENTED LOSS?

11                   MR. JOHNS:  ARE YOU REFERRING TO THE

12   CHART THAT I HANDED UP?

13                   THE COURT:  YES.

14                   MR. JOHNS:  NO, YOUR HONOR.  THAT -- THE

15   CHART THERE, IT SAYS MONITORING, FRAUD AND THEN TOTAL

16   OFF THE TOP.  I PROBABLY SHOULD HAVE SAID DOCUMENTED

17   LOSS.  BUT THE FRAUD, THE $7,500 THAT -- AND THIS IS

18   JUST AN ESTIMATE, THAT WAS -- THAT'S WHERE IT I CAME UP

19   WITH THAT NUMBER.

20                   THE COURT:  THE $7,500 IS THE MOST THAT

21   YOU ARE THINKING YOU ARE GOING TO PAY FOR DOCUMENTED

22   LOSSES?

23                   MR. JOHNS:  YES.  IT'S USUALLY REALLY LOW

24   IN THESE CASES.

25                   THE COURT:  BECAUSE THERE ARE NO

1    DOCUMENTED LOSSES.

2                    MR. JOHNS:  THAT WE ARE AWARE OF,

3    CORRECT.

4                    THIS HAS THE MONITORING COMING OUT OF THE

5    TOP, FOLLOWED BY THE DOCUMENT --

6                    THE COURT:  DID YOU DO ANY CONFIRMATORY

7    DISCOVERY?

8                    MR. JOHNS:  WE JUST EXCHANGED THE LETTERS

9    WITH THEM THAT I ALLUDED TO EARLIER, YOUR HONOR.

10                   THE COURT:  I THINK YOU PROBABLY ARE

11   GOING TO NEED TO LOOK AT THIS MOTION PRETTY CAREFULLY,

12   BECAUSE ON PAGE 12 IT SAYS THAT IT WAS A SIGNIFICANT

13   AMOUNT OF TIME REVISING DRAFTS AND NEGOTIATING DETAILS

14   OF THE FINAL WRITTEN SETTLEMENT AS WELL AS CONDUCTING

15   FURTHER CONFIRMATORY DISCOVERY.

16                   MR. JOHNS:  THE CONFIRMATORY DISCOVERY

17   WAS GETTING INFORMATION FROM THEM.

18                   THE COURT:  WHAT DID YOU GET?

19                   MR. JOHNS:  WE GOT A LETTER FROM THEM.

20                   THE COURT:  A LETTER THAT SAID WHAT?

21                   MR. JOHNS:  IT JUST HAD A BREAKDOWN OF

22   THE CLASS.  LIKE, I THINK IT WAS -- WE ASKED ABOUT WHAT

23   STATES WERE INVOLVED; WE GOT THAT.

24                   THE COURT:  OKAY.  SO WHAT INVESTIGATION

25   WAS DONE OF THE PLAINTIFF'S CLAIMS?

1              MR. JOHNS:  WELL, WE FILED -- THERE WERE

2    THREE CASES FILED, TWO OF THEM I BELIEVE WERE IN THE

3    COURT OF COMMON PLEAS, AND THEY WERE FILED BY THREE

4    DIFFERENT FIRMS.  SO I WON'T SPEAK FOR THE OTHER FIRMS

5    -- I'M SORRY, THERE WERE FOUR FIRMS THAT FILED THREE

6    CASES.

7              AS FAR AS WHAT WE DID, WE READ THE

8    NOTICES; WENT ON THE INQUIRER'S WEBSITE; SPOKE WITH OUR

9    CLIENTS AND INTERVIEWED OUR CLIENTS; SPOKE WITH OTHER

10   PEOPLE THAT WE DIDN'T PUT UP AS PLAINTIFFS.  I CAN'T

11   REMEMBER IF WE SENT -- DID WE SEND A FREEDOM OF

12   INFORMATION ACT TO THEM?

13             WE GENERALLY SEND A FOUR-YEAR REQUEST TO

14   THE PENNSYLVANIA A.G.  I DON'T RECALL IF WE DID THAT IN

15   THIS CASE.  BUT I THINK TYPICALLY IN THE DATA BREACH

16   CASES, YOU KNOW THE CORE FACTS AS SOON AS YOU GET THE

17   LETTER, THEY ARE IN THE FOUR CORNERS OF THE LETTER.  SO

18   WE FELT THAT WE HAD A SUFFICIENT BASIS TO FILE THE CASE.

19   AS SOON AS THESE PEOPLE GOT THE LETTERS AND WE SPOKE

20   WITH THEM AND WE WERE SATISFIED THAT WE THOUGHT THEY HAD

21   VIABLE CLAIMS.

22             THE COURT:  HOW LONG DID MEDIATION TAKE?

23             MR. JOHNS:  I DON'T REMEMBER.

24             MR. STIO:  YOUR HONOR, IF I CAN.

25             THE MEDIATION WAS CONDUCTED OVER AN

1    ENTIRE DAY, AND THEN IT CONTINUED WITHOUT THE MEDIATOR,

2    WE GAVE HIM UPDATES FOR A FEW DAYS THEREAFTER WHERE WE

3    DISCUSSED ISSUES.

4                    ANOTHER COMPONENT AS PART OF THIS

5    SETTLEMENT IS NON MONITORY ITEMS --

6                    THE COURT:  THE ENHANCEMENTS THAT YOU ARE

7    GOING TO MAKE?

8                    MR. STIO:  YES.  AND WE HAD TO CONFER

9    WHAT WE HAVE DONE, WHAT WE INTEND TO DO AND HOW LONG WE

10   WILL KEEP THEM IMPLEMENTED.

11                   THE COURT:  OKAY.

12                   ALL RIGHT.  SO WE HAVE ESTABLISHED THAT

13   ALL CLASS MEMBERS WILL GET THE MONITORING SERVICE.  AND

14   THEN AFTER THAT, THEY CAN EITHER FILE FOR DOCUMENT OF

15   LOSSES UP TO $5,000 OF THE PRO RATA CASH PAYMENT; IS

16   THAT CORRECT?

17                   MR. JOHNS:  YOUR HONOR, JUST TO BE

18   CRYSTAL CLEAR, IT'S -- EVERYBODY IS NOT AUTOMATICALLY

19   GOING TO GET IT.  EVERYBODY THAT FILES THE CLAIM AND

20   SAYS THAT THEY WANT THE MONITORING -- I DON'T THINK IT'S

21   POSSIBLE -- IN FACT, I'M PRETTY SURE IT'S NOT POSSIBLE,

22   TO JUST GIVE OUT AUTOMATIC.  BECAUSE THE COMPANY THAT

23   PROVIDES THE MONITORING, THEY NEED SOME BASIC INFO, THEY

24   NEED YOUR EMAIL, SOME OTHER INFO.  WE DON'T HAVE THAT

25   FOR ALL THESE PEOPLE, AT LEAST NOT CONFIRMED --

```
1                    THE COURT:  YOU HAVE TO OPT IN TO GET IT?

2                    MR. JOHNS:  YES, CORRECT.

3                    BUT OTHERWISE, WHAT YOU WERE SAYING IS

4    RIGHT.  SO THE MONITORING GETS PAID.  AND BY THE WAY, AS

5    IT SAYS IN THE CHART, IT'S $7.80 EACH, FOR EACH

6    ACTIVATED MONITORING.  AND THEN WE HAVE THE DOCUMENTED

7    LOSSES, AND THEN WE HAVE GOT THE NET, NET FUND, WHATEVER

8    IS REMAINING FROM THAT.  AND THAT'S JUST SIMPLE

9    DIVISION, REMAINING FUND --

10                    THE COURT:  SO EVERYBODY IN THE CLASS

11   WILL GET SOME -- IF THEY DON'T FILE FOR DOCUMENTED

12   LOSSES AND THEY DON'T OPT INTO THE FRAUD --

13                    MR. JOHNS:  THEY ARE GOING TO GET CASH.

14                    THE COURT:  THEY ARE GOING TO GET CASH.

15                    MR. JOHNS:  THAT'S RIGHT.

16                    THE COURT:  ALL RIGHT.  SO I THINK YOU

17   HAVE TO TAKE A -- IT'S NOT CLEAR, AS YOU ALREADY POINTED

18   OUT, THAT PARAGRAPH 3.3C OBVIOUSLY NEEDS TO BE FIXED.

19                    MR. JOHNS:  YES.

20                    THE COURT:  I ALSO THINK IT'S NOT -- THE

21   AND/OR SIGNALS ARE CONFUSING.  BECAUSE IT'S ALMOST AS

22   THOUGH YOU ARE GETTING THE CREDIT -- WHAT DO WE CALL IT,

23   MONITORING?

24                    MR. JOHNS:  CREDIT MONITORING.

25                    THE COURT:  AND IF YOU CAN PICK CREDIT
```

1    MONITORING AND DOCUMENTED LOSSES, OR YOU CAN GET BOTH OF

2    THOSE, OR YOU CAN GET THE PRO RATA SHARE.  IT'S NOT

3    CLEAR THE WAY IT IS WRITTEN.

4                 MR. JOHNS:  YOUR HONOR, I AGREE.  AND

5    WHAT I WAS GOING TO SUGGEST AS WELL, AND I WANT TO

6    FRANKLY SEE WHAT YOUR HONOR THOUGHT ABOUT THIS, IS SOME

7    OF THE NOTICES HAVE JUST THE NUMBER 1, 2 AND 3.  I

8    THOUGHT THAT WAS A LITTLE CONFUSING TOO, FRANKLY.

9    BECAUSE THE ONLY CHOICE YOU ARE REALLY MAKING IS WHETHER

10   YOU WANT THE DOCUMENTED LOSS OR THE CASH.

11                 SO INSTEAD OF 1, 2 AND 3 --

12                 THE COURT:  RIGHT.  BUT YOU NEED THEM TO

13   SAY THAT THEY HAVE TO OPT IN FOR THE CREDIT MONITORING.

14                 MR. JOHNS:  THE MONITORING, TOO, YES.

15                 THE COURT:  SO YOU HAVE TO MAKE SURE IT'S

16   CLEAR THAT IF YOU WANT THE CREDIT MONITORING, EVERYBODY

17   WHO CHECKS -- ANYBODY WHO CHECKS THIS BOX GETS THE

18   CREDIT MONITORING.  YOU ARE GOING TO GET -- NO MATTER

19   WHAT, IF YOU OPT IN FOR CREDIT MONITORING, YOU ARE

20   GETTING THE PRO RATA SHARE UNLESS YOU DECIDE YOU DON'T

21   WANT THE PRO RATA SHARE AND YOU WANT --

22                 MR. JOHNS:  DOCUMENTED LOSSES.

23                 THE COURT:  -- DOCUMENTED LOSSES.

24                 MR. JOHNS:  CORRECT.  YES, WE WILL CLEAN

25   THAT UP, AND I APOLOGIZE AGAIN, YOUR HONOR.

1            THE COURT:  ALL RIGHT.  ALSO 7.1A WE WERE

2    CONFUSED ABOUT.

3            MR. JOHNS:  JUST GIVE ME A SECOND.

4            THE COURT:  I MEAN, I JUST THINK YOU NEED

5    TO MAKE CLEAR THAT THEY CAN ALSO SUBMIT IT VIA THE SHORT

6    FORM NOTICE, THE TEAR-OFF FORM IN THERE.

7            MR. JOHNS:  OKAY.  WE WILL MAKE THAT

8    CHANGE.

9            THE COURT:  AND THE CLAIM FORM SECTION

10    ONE, I THINK ADD THE TEAR-OFF FORM OPTION FOR THE PRO

11    RATA CASH PAYMENT CONSISTENT WITH SECTION 5.

12            MR. JOHNS:  MM-HMM.

13            THE COURT:  AND THEN YOU ARE GOING TO

14    CLEAN UP SECTION 3 THROUGH 5 WHERE YOU HAVE ALL OF THE

15    AND/ORS ON.

16            MR. JOHNS:  YES.  AND WE WILL DO THAT

17    THROUGHOUT THE DOCUMENTS.

18            THE COURT:  DOES THE SHORT FORM FOLLOW

19    WHATEVER THE INQUIRER DID GIVE AS NOTICE?

20            MR. JOHNS:  I AM NOT SURE I UNDERSTAND

21    WHAT --

22            THE COURT:  IN THE INTRODUCTION SECTION

23    OF THE SHORT FORM IT SAYS, IMPACTED PRIVATE INFORMATION

24    MAY HAVE INCLUDED NAMES, SOCIAL SECURITY NUMBERS,

25    CLINICAL INFORMATION AND OTHER MEDICAL OR PERSONAL

1    HEALTH INFORMATION.

2              IS THAT ORIGINALLY WHAT THE INQUIRER WHEN

3    THEY SENT OUT THE NOTICE IN APRIL SAID?

4              MR. JOHNS:  I DON'T THINK SO, YOUR HONOR.

5    WE WILL CLEAN THAT UP.

6              THE COURT:  SO THIS IS LEFT OVER FROM

7    ONIX, TOO?

8              MR. JOHNS:  I THINK THE CLINICAL MEDICAL

9    INFORMATION, YES.

10              THE COURT:  I DON'T WANT TO -- WHEN I SEE

11    ATTORNEY'S FEE MOTION, I DON'T WANT ANY OF THIS -- WHAT

12    IS HAPPENING AFTER THIS INCLUDED.

13              MR. JOHNS:  ALL RIGHT.  UNDERSTOOD, YOUR

14    HONOR.

15              THE COURT:  WE NEED TO TAKE A LONG HARD

16    LOOK AT THAT.

17              I WILL ALSO GO AHEAD AND STATE THAT I AM

18    GOING TO BE TAKING A LONG HARD LOOK AT THE SERVICE AWARD

19    TOO, BECAUSE THEIR NAMES ARE ON IT.  BUT WHAT ELSE DO

20    THESE PEOPLE DO?  THEY CONTACTED YOU?  YOU CAN'T EVEN

21    TELL ME THAT THEY SUBMITTED DOCUMENTED LOSSES.

22              MR. JOHNS:  YOUR HONOR, I THINK THE FACT

23    THAT THEIR NAME IS ON THIS IS A SIGNIFICANT FACT.  I

24    MEAN, THEY BROUGHT THIS CASE, THEY PUT THEIR NAMES OUT

25    THERE THAT WERE ON A LAWSUIT, THEY PROVED --

1          THE COURT:  THERE NEEDS TO BE SOMETHING

2    MORE THAN THAT.

3          MR. JOHNS:  UNDERSTOOD, YOUR HONOR.

4          THE COURT:  I CAN TELL YOU THAT RIGHT

5    NOW.  I CAN TELL YOU RIGHT NOW THAT I HAVE -- THERE'S A

6    BIG PAUSE ON THE NUMBER THAT I SEE HERE.  IF I DON'T

7    GIVE THAT NUMBER, THAT MONEY GOES BACK INTO THE PRO RATA

8    SHARE, CORRECT?

9          MR. JOHNS:  IT GOES BACK INTO THE FUND,

10   IT WOULD NOT BE DEDUCTED FROM THE FUND, TECHNICALLY.

11         THE COURT:  WE THOUGHT THERE WAS A TYPO

12   RIGHT BEFORE -- ON THE SHORT FORM RIGHT BEFORE THE THREE

13   OPTIONS.  PLAINTIFFS MAY SELECT FROM OF THE FOLLOWING

14   FORMS OF THE SETTLEMENT.  THERE'S THE AND/ORS AGAIN.

15         MR. JOHNS:  SORRY, YOU ARE IN THE LONG

16   FORM NOTICE.  WHICH SECTION?

17         THE COURT:  I'M IN THE SHORT FORM.

18         MR. JOHNS:  SORRY.

19         THE COURT:  WHAT DOES THE SETTLEMENT

20   PROVIDE?  PLAINTIFFS MAY SELECT FROM OF -- THIS MIGHT BE

21   IN THE ONIX ONE, I DON'T KNOW, BUT THERE'S A TYPO THERE.

22         MR. JOHNS:  WE WILL FIX THAT ONE.  AND I

23   SEE IT'S UNDERLINED, TOO.  THAT SHOULD NOT BE THERE.

24         THE COURT:  BENEFITS, YOU MUST COMPLETE

25   AND FILE THE CLAIM FORM ONLINE OR BY MAIL.  ADD THE

1    TEAR-OFF FORM OPTION FOR THE PRO RATA SHARE THERE.

2                    MR. JOHNS:  MM-HMM.

3                    THE COURT:  YOUR OTHER OPTIONS, I THINK

4    YOU SHOULD MAKE REFERENCE TO PARAGRAPH 6.8 AND 6.9 OF

5    THE SETTLEMENT AGREEMENT, BECAUSE THE SETTLEMENT

6    AGREEMENT IS REALLY SAYING, YOU HAVE TO STRICTLY ABIDE

7    BY THESE REQUIREMENTS TO GET THE OPT OUT OR OBJECTIONS.

8    SO MAYBE WE WILL TAKE IT BACK THERE.

9                    AND I GUESS FOR THIS TEAR-OFF FORM FOR

10   THE PRO RATA CASH, CAN'T WE ALSO MAKE IT FOR THE CREDIT

11   MONITORING?  OR IS THAT -- YOU DON'T WANT TO DO THAT

12   BECAUSE YOU NEED ADDITIONAL INFORMATION FROM THEM?  I

13   DON'T KNOW.

14                    MR. JOHNS:  YEAH.  LET ME TAKE THAT ONE

15   BACK.  I WANT TO TALK TO THE CLAIMS ADMINISTRATOR ABOUT

16   THAT, IF THAT'S OKAY WITH THE COURT.

17                    THE COURT:  THAT'S FINE.

18                    LET'S TO GO THE LONG FORM.

19                    4.2 ON PAGE 1.  AGAIN, THE AND/ORS, I

20   THINK YOU ARE GOING TO CLEAN THAT UP.

21                    MR. JOHNS:  MM-HMM.

22                    THE COURT:  PARAGRAPH 8 AGAIN, AND/ORS.

23   AND THIS ONE ALSO SAYS THEY ARE ONLY SELECTING ONE OF

24   THE ABOVE OPTIONS, WE KNOW THAT'S NOT RIGHT.  THAT'S

25   WHERE IT'S CONFUSING.  AND PARAGRAPH 17, HOW TO FILE A

1    CLAIM FOR CASH REFUND PAYMENT, YOU MUST SUBMIT A VALID

2    CLAIM FORM ELECTING TO RECEIVE THE CASH FUND PAYMENT.

3    IT'S A LITTLE BIT REDUNDANT AND MAYBE A LITTLE

4    INCONSISTENT.  I DON'T KNOW, I AM TRYING TO FIGURE THAT

5    ONE OUT.

6                    MR. JOHNS:  OKAY.

7                    THE COURT:  ALL RIGHT.  LET ME TAKE A

8    TWO-MINUTE RECESS AND I WILL BE RIGHT BACK.

9                    (RECESS TAKEN.)

10                    THE COURT:  OKAY.  I THINK THAT'S

11    EVERYTHING, EXCEPT IF YOU DO END UP -- I MEAN YOU ARE

12    GOING TO HAVE TO TAKE A LONG HARD LOOK AT THIS THING,

13    BECAUSE IT HASN'T GOTTEN A LONG HARD LOOK.

14                    BUT THE SHORT FORM, IF YOU END UP DOING

15    THE SHORT FORM FOR BOTH THE PRO RATA AND THE CASH

16    PAYOUT, YOU HAVE TO FIX IT THROUGHOUT, BECAUSE IT'S NOT

17    THAT WAY.  AND I SORT OF THINK THAT THAT WOULD BE

18    CONSISTENT.

19                    THE OTHER THING, WHEN YOU REFILE THIS

20    DOCUMENT, YOU WILL FILE THE MOTION AS AN EXHIBIT.  AND

21    THEN YOU NEED TO FILE EACH PROPOSED NOTICE AND CLAIM

22    FORM AS A SEPARATE EXHIBIT.  SO IT WOULD BE LIKE, FOR

23    INSTANCE, IT'S GOING TO BE DOCUMENT 18, AND THEN YOUR

24    SHORT FORM WILL BE 18-1, AND YOUR CLAIM FORM 18-2.

25                    DOES THAT MAKE SENSE?

1            MR. JOHNS:  IT DOES.  AND IT PROBABLY --

2            THE COURT:  IT WILL MAKE IT A LOT EASIER

3    FOR US TO WORK THROUGH IT.

4            MR. JOHNS:  -- WILL MAKE IT EASIER ON THE

5    DOCKET, TOO.

6            YES, I UNDERSTAND.

7            THE COURT:  YOU HAVE GOT SOME WORK TO DO.

8    I THINK I SHOULD GIVE YOU UNTIL NEXT WEEK.

9            MR. JOHNS:  I WAS ACTUALLY GOING TO

10   SUGGEST THAT, YOUR HONOR.  IF WE COULD HAVE UNTIL THE

11   END OF NEXT WEEK, I WILL MOVE ON IT AND GET THIS RIGHT.

12   SO IF WE CAN DO THAT, WE WOULD APPRECIATE IT.

13           JUST ONE QUESTION.  DO YOU WANT US TO

14   RESUBMIT THE BRIEF AS WELL OR DO YOU WANT THESE --

15           THE COURT:  I THINK YOU SHOULD.

16           MR. JOHNS:  WE WILL DO THAT.

17           THE COURT:  ALL RIGHT.  ANYTHING FURTHER?

18           MR. STIO:  NO, YOUR HONOR, THANK YOU.

19           THE COURT:  THANK YOU BOTH FOR BEING

20   HERE.

21           (COURT ADJOURNED.)

22

23

24

25

1                    I CERTIFY THAT THE FOREGOING IS A CORRECT

2      TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

3      ABOVE-ENTITLED MATTER.

4                                        *Lynn Gligor*

       10-2-24

5      DATE                          OFFICIAL COURT REPORTER

6                                    LYNN GLIGOR, RMR

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$20** [1] - 6:21
**$5,000** [1] - 16:15
**$7,500** [2] - 13:17, 13:20
**$7.80** [1] - 17:5

## 0

**08648** [1] - 2:7

## 1

**1** [3] - 18:7, 18:11, 22:19
**11** [1] - 4:18
**12** [1] - 14:12
**16B** [1] - 1:7
**17** [1] - 22:25
**18** [1] - 23:23
**18-1** [1] - 23:24
**18-2** [1] - 23:24
**19004** [1] - 2:3
**19106** [2] - 1:7, 1:20
**19428** [1] - 1:16

## 2

**2** [2] - 18:7, 18:11
**200** [1] - 1:15
**2024** [1] - 1:6
**23** [1] - 11:23
**24-2106** [1] - 3:6
**24-CV-2106** [1] - 1:4
**25** [1] - 1:6
**25,000** [2] - 7:2, 8:21, 11:3
**25,549** [1] - 7:3
**2609** [1] - 1:19

## 3

**3** [3] - 18:7, 18:11, 19:14
**3.3C** [2] - 4:19, 17:18
**301** [1] - 2:7

## 4

**4.2** [1] - 22:19
**40** [1] - 11:4
**400** [2] - 1:15, 2:7

## 5

**5** [2] - 19:11, 19:14

## 6

**6.8** [1] - 22:4
**6.9** [1] - 22:4
**601** [1] - 1:20
**65** [1] - 2:3

## 7

**7.1A** [1] - 19:1

## 8

**8** [1] - 22:22
**856)649-4774** [1] - 1:21

## A

**A.G** [1] - 15:14
**ABIDE** [1] - 22:6
**ABLE** [3] - 9:12, 9:16, 12:17
**ABOUT** [8] - 4:19, 6:21, 6:25, 12:22, 14:22, 18:6, 19:2, 22:15
**ABOVE** [2] - 22:24, 25:3
**ABOVE-ENTITLED** [1] - 25:3
**ACCEPTABLE** [2] - 5:6, 5:22
**ACCESS** [1] - 8:6
**ACT** [1] - 15:12
**ACTION** [4] - 1:11, 4:3, 11:8, 11:22
**ACTIVATED** [1] - 17:6
**ACTUAL** [1] - 5:11
**ACTUALLY** [2] - 4:12, 24:9
**ADD** [2] - 19:10, 21:25
**ADDITIONAL** [1] - 22:12
**ADEQUACY** [2] - 9:8, 11:16
**ADEQUATE** [3] - 6:6, 10:18, 11:20
**ADJOURNED** [1] - 24:21
**ADMINISTRATOR** [1] - 22:15
**ADMITTED** [2] - 3:21, 3:25
**AFTER** [2] - 16:14, 20:12
**AFTERNOON** [5] - 3:9, 3:11, 3:13, 3:18, 4:10
**AGAIN** [5] - 11:21,

18:25, 21:14, 22:19, 22:22
**AGGREGATE** [1] - 6:13
**AGREE** [1] - 18:4
**AGREEMENT** [4] - 4:18, 5:12, 22:5, 22:6
**AHEAD** [2] - 4:6, 20:17
**AIDED** [1] - 1:23
**ALL** [18] - 3:4, 3:15, 7:4, 9:13, 11:6, 11:11, 12:5, 12:16, 16:12, 16:13, 16:25, 17:16, 19:1, 19:14, 20:13, 23:7, 24:17
**ALLUDED** [1] - 14:9
**ALLUDING** [1] - 4:17
**ALMOST** [1] - 17:21
**ALONG** [1] - 4:4
**ALREADY** [2] - 11:1, 17:17
**ALSO** [8] - 3:14, 9:20, 17:20, 19:1, 19:5, 20:17, 22:10, 22:23
**ALTERNATIVE** [1] - 11:22
**AM** [7] - 4:3, 4:12, 4:22, 10:13, 19:20, 21:17, 23:4
**AMOUNT** [3] - 6:13, 6:17, 14:13
**AN** [7] - 5:4, 7:18, 7:24, 8:2, 13:18, 15:25, 23:20
**ANALYZE** [1] - 13:3
**AND** [83] - 3:20, 4:4, 4:6, 4:14, 4:16, 4:22, 5:7, 5:8, 5:9, 5:18, 6:6, 6:8, 6:15, 7:15, 8:21, 9:6, 9:7, 9:8, 9:12, 9:13, 9:16, 9:22, 10:8, 10:13, 10:14, 10:18, 10:19, 11:1, 11:6, 11:8, 11:12, 11:17, 11:19, 11:25, 12:16, 13:4, 13:8, 13:15, 13:17, 14:13, 15:3, 15:9, 15:19, 15:20, 16:1, 16:8, 16:9, 16:13, 16:19, 17:4, 17:6, 17:7, 17:8, 17:12, 17:25, 18:1, 18:4, 18:5, 18:7, 18:11, 18:21, 18:25, 19:9, 19:13, 19:16, 19:25, 20:17, 21:22, 21:25, 22:4, 22:9, 22:23,

22:25, 23:3, 23:8, 23:15, 23:17, 23:20, 23:21, 23:23, 23:24, 24:1, 24:11
**AND/OR** [1] - 17:21
**AND/ORS** [4] - 19:15, 21:14, 22:19, 22:22
**ANDREA** [1] - 1:13, 3:16
**ANGELO** [2] - 2:6, 3:19
**ANOTHER** [3] - 6:18, 10:5, 16:4
**ANSWER** [1] - 9:3
**ANTICIPATE** [1] - 10:15
**ANY** [9] - 8:10, 8:11, 8:14, 10:14, 10:23, 11:12, 12:8, 14:6, 20:11
**ANYBODY** [2] - 8:18, 18:17
**ANYTHING** [1] - 24:17
**APOLOGIZE** [3] - 4:13, 10:10, 18:25
**APPEARANCES** [2] - 1:12, 2:1
**APPLICANT** [1] - 7:18
**APPLICANTS** [2] - 7:7, 7:9
**APPRECIATE** [2] - 8:9, 24:12
**APPROVAL** [3] - 1:10, 4:2, 6:4
**APPROVE** [1] - 6:9
**APRIL** [3] - 12:4, 12:13, 20:3
**ARE** [40] - 3:4, 4:1, 4:5, 4:24, 6:3, 7:4, 7:5, 9:6, 10:17, 11:2, 11:11, 11:15, 11:23, 12:2, 12:4, 12:6, 13:11, 13:21, 13:25, 14:2, 14:10, 15:17, 16:6, 17:13, 17:14, 17:21, 17:22, 18:9, 18:18, 18:19, 19:13, 20:19, 21:15, 22:20, 22:23, 23:11
**AROUND** [1] - 11:7
**AS** [38] - 3:21, 4:14, 5:1, 5:12, 5:21, 6:2, 6:11, 7:9, 7:11, 7:16, 8:17, 9:18, 9:22, 10:17, 11:15, 11:16, 11:20, 12:1, 13:5, 14:14, 15:7, 15:10, 15:16, 15:19, 16:4, 17:4, 17:17, 17:21, 18:5, 19:19, 23:20,

23:22, 24:14
**ASCERTAINABILITY** [1] - 10:25
**ASK** [1] - 13:5
**ASKED** [3] - 5:10, 12:25, 14:22
**AT** [9] - 3:7, 9:21, 10:12, 14:11, 16:25, 20:16, 20:18, 23:12
**ATTORNEY'S** [1] - 20:11
**AUTOMATIC** [1] - 16:22
**AUTOMATICALLY** [1] - 16:18
**AWARD** [1] - 20:18
**AWARE** [1] - 14:2

## B

**BACK** [7] - 9:7, 12:4, 21:7, 21:9, 22:8, 22:15, 23:8
**BAG** [1] - 7:6
**BALA** [1] - 2:3
**BARR** [1] - 1:15
**BASED** [1] - 13:9
**BASIC** [1] - 16:23
**BASIS** [2] - 6:14, 15:18
**BE** [19] - 3:2, 4:5, 5:6, 5:22, 8:3, 9:20, 11:18, 16:17, 17:18, 20:18, 21:1, 21:10, 21:20, 21:23, 23:8, 23:17, 23:22, 23:23, 23:24
**BECAUSE** [11] - 9:9, 13:25, 14:12, 16:22, 17:21, 18:9, 20:19, 22:5, 22:12, 23:13, 23:16
**BECOME** [1] - 3:24
**BEEN** [2] - 4:16, 11:1
**BEFORE** [6] - 1:9, 4:13, 9:18, 12:3, 21:12
**BEHALF** [1] - 3:20
**BEING** [2] - 10:16, 24:19
**BELIEVE** [2] - 10:18, 15:2
**BEN** [2] - 3:10, 4:11
**BENEFITS** [1] - 21:24
**BENJAMIN** [1] - 1:13
**BIG** [2] - 6:19, 21:6
**BIGGER** [1] - 6:13
**BIT** [1] - 23:3
**BONNER** [3] - 1:13, 3:16

BOTH [5] - 5:7, 9:10, 18:1, 23:15, 24:19
BOX [1] - 18:17
BREACH [3] - 3:5, 12:4, 15:15
BREACHED [1] - 11:9
BREACHES [2] - 6:16, 13:2
BREAKDOWN [3] - 10:12, 14:21
BRIDGE [1] - 1:15
BRIEF [6] - 6:4, 6:11, 10:10, 12:1, 12:11, 24:14
BRIEFED [1] - 10:22
BROUGHT [2] - 11:17, 20:24
BUCKET [1] - 8:7
BUREAU [1] - 9:19
BUT [21] - 3:22, 4:5, 4:17, 4:23, 5:14, 5:24, 8:6, 8:10, 9:4, 10:15, 12:1, 12:24, 13:1, 13:7, 13:17, 15:15, 17:3, 18:12, 20:19, 21:21, 23:14
BY [12] - 1:22, 1:23, 5:3, 5:5, 5:17, 12:13, 12:16, 14:5, 15:3, 17:4, 21:25, 22:7

**C**

CALL [1] - 17:22
CAME [2] - 6:2, 13:18
CAN [15] - 5:4, 5:5, 5:7, 5:12, 9:4, 9:23, 15:24, 16:14, 17:25, 18:1, 18:2, 19:5, 21:4, 21:5, 24:12
CAN'T [3] - 15:10, 20:20, 22:10
CANDIDLY [1] - 6:15
CARD [1] - 8:5
CAREFULLY [1] - 14:11
CARNEGIE [1] - 2:7
CARRYOVER [1] - 10:9
CASE [12] - 1:4, 3:4, 3:6, 3:23, 4:24, 8:18, 11:7, 11:18, 12:20, 15:15, 15:18, 20:24
CASES [6] - 9:5, 12:24, 13:24, 15:2, 15:6, 15:16
CASH [10] - 4:24, 16:15, 17:13, 17:14, 18:10, 19:11, 22:10, 23:1, 23:2, 23:15

CAUGHT [1] - 4:22
CAUSATION [1] - 9:10
CCV [1] - 8:5
CENTER [1] - 2:7
CERTAINLY [1] - 5:22
CERTIFICATION [1] - 9:11
CERTIFY [3] - 6:7, 10:21, 25:1
CHANGE [1] - 19:8
CHART [3] - 13:12, 13:15, 17:5
CHECKED [1] - 11:5
CHECKS [2] - 18:17
CHOICE [1] - 18:9
CIRCUIT [1] - 11:4
CIRCUMSTANCES [2] - 9:18, 10:19
CIVIL [1] - 1:4
CLAIM [9] - 7:25, 16:19, 19:9, 21:25, 23:1, 23:2, 23:21, 23:22, 23:21
CLAIMS [4] - 11:14, 14:25, 15:21, 22:15
CLASS [18] - 1:11, 4:2, 6:7, 6:18, 6:25, 9:10, 10:4, 10:13, 10:22, 11:3, 11:15, 11:16, 11:22, 12:5, 12:23, 14:22, 16:13, 17:10
CLEAN [5] - 5:8, 18:24, 19:14, 20:5, 22:20
CLEAR [5] - 16:18, 17:17, 18:3, 18:16, 19:5
CLERK [1] - 3:1
CLIENTS [2] - 15:9
CLINICAL [2] - 19:25, 20:8
CODE [1] - 8:5
COLLEAGUE [1] - 3:20
COMING [1] - 14:4
COMMON [2] - 6:13, 15:3
COMMONALITY [1] - 11:6
COMPANY [2] - 13:3, 16:22
COMPARED [1] - 6:22
COMPARISON [1] - 6:12
COMPLETE [1] - 21:24
COMPLICATED [1] - 12:25
COMPONENT [1] -

16:4
COMPUTER [2] - 1:22, 1:23
COMPUTER-AIDED [1] - 1:23
CONDUCT [1] - 11:8
CONDUCTED [1] - 15:25
CONDUCTING [1] - 14:14
CONFER [1] - 16:8
CONFIRMATORY [3] - 14:6, 14:15, 14:16
CONFIRMED [1] - 16:25
CONFUSED [1] - 19:2
CONFUSING [3] - 17:21, 18:8, 22:25
CONSHOHOCKEN [1] - 1:16
CONSISTENT [2] - 19:11, 23:18
CONSTITUTE [1] - 8:6
CONSUMER [1] - 11:11
CONTACTED [1] - 20:20
CONTINUED [2] - 2:1, 16:1
COPIES [1] - 10:2
CORE [1] - 15:16
CORNERS [1] - 15:17
CORRECT [6] - 14:3, 16:16, 17:2, 18:24, 21:8, 25:1
COULD [2] - 8:1, 24:10
COUNSEL [1] - 1:17, 2:4, 2:8, 3:7, 11:19
COUPLE [1] - 10:1
COURT [85] - 1:1, 1:19, 3:1, 3:2, 3:15, 3:17, 3:24, 4:9, 4:11, 4:14, 4:20, 5:7, 5:12, 5:14, 5:18, 5:24, 6:7, 6:8, 6:25, 7:2, 7:4, 7:12, 7:17, 7:21, 8:9, 8:16, 8:22, 9:13, 9:25, 10:3, 10:14, 12:8, 12:12, 12:16, 12:19, 13:8, 13:13, 13:20, 13:25, 14:6, 14:10, 14:18, 14:20, 14:24, 15:3, 15:22, 16:6, 16:11, 17:1, 17:10, 17:14, 17:16, 17:20, 17:25, 18:12, 18:15, 18:23, 19:1, 19:4, 19:9, 19:13, 19:18, 19:22, 20:6,

20:10, 20:15, 21:1, 21:4, 21:11, 21:17, 21:19, 21:24, 22:3, 22:16, 22:17, 22:22, 23:7, 23:10, 24:2, 24:7, 24:15, 24:17, 24:19, 24:21, 25:5
COURTHOUSE [1] - 1:19
COURTROOM [1] - 1:7
CREDIT [9] - 8:4, 17:22, 17:24, 17:25, 18:13, 18:16, 18:18, 18:19, 22:10
CRYSTAL [1] - 16:18
CYNWYD [1] - 2:3

**D**

DATA [7] - 1:3, 3:5, 6:16, 7:13, 7:23, 13:2, 15:15
DATE [1] - 25:5
DATES [1] - 5:11
DAY [1] - 16:1
DAYS [1] - 16:2
DECEASED [1] - 10:4
DECIDE [1] - 18:20
DEDUCTED [1] - 21:10
DEFENDANT [5] - 3:20, 11:8, 11:9, 11:10
DEFENDANT'S [1] - 11:7
DEFENDANTS [1] - 2:8
DELIVERING [1] - 8:3
DEMOGRAPHICS [1] - 12:23
DEPEND [2] - 7:18, 7:22
DEPENDS [1] - 8:7
DEPOT [1] - 6:19
DETAIL [1] - 12:9
DETAILS [1] - 14:13
DID [10] - 13:4, 13:5, 14:6, 14:18, 15:7, 15:11, 15:14, 15:22, 19:19
DIDN'T [1] - 15:10
DIFFERENT [1] - 15:4
DIRECT [1] - 12:5
DISCOVERY [5] - 12:19, 12:24, 14:7, 14:15, 14:16
DISCUSSED [2] - 12:1, 16:3
DISCUSSION [1] - 9:6

DISTRIBUTED [1] - 10:16
DISTRICT [3] - 1:1, 1:2, 3:22
DIVISION [1] - 17:9
DO [25] - 4:3, 5:5, 5:7, 5:11, 5:12, 5:18, 8:23, 8:24, 12:2, 12:5, 12:6, 13:3, 14:6, 16:9, 17:22, 19:16, 20:19, 20:20, 22:11, 23:11, 24:7, 24:12, 24:13, 24:14, 24:16
DOCKET [1] - 24:5
DOCUMENT [5] - 10:11, 14:5, 16:14, 23:20, 23:23
DOCUMENTED [14] - 8:18, 8:23, 8:24, 13:10, 13:16, 13:21, 14:1, 17:6, 17:11, 18:1, 18:10, 18:22, 18:23, 20:21
DOCUMENTS [2] - 8:25, 19:17
DOES [6] - 7:18, 13:8, 19:18, 21:19, 23:25, 24:1
DOING [1] - 23:14
DOLLAR [2] - 6:21, 6:22
DON'T [19] - 6:20, 8:25, 9:3, 13:1, 15:14, 15:23, 16:20, 16:24, 17:11, 17:12, 18:20, 20:4, 20:10, 20:11, 21:6, 21:21, 22:11, 22:13, 23:4
DONE [6] - 4:13, 9:5, 9:16, 12:3, 14:25, 16:9
DOWN [1] - 10:24
DR [1] - 1:15
DRAFTS [1] - 14:13
DRILL [1] - 10:24
DRIVER'S [2] - 7:14, 8:3
DRIVING [1] - 8:3
DUTY [2] - 11:8, 11:9

**E**

EACH [4] - 7:24, 17:5, 23:21
EARLIER [1] - 14:9
EASIER [2] - 24:2, 24:4
EASTERN [2] - 1:2, 3:22

**EASY** [1] - 5:21
**EFFICIENTLY** [1] - 9:14
**EITHER** [1] - 16:14
**ELECT** [1] - 4:24
**ELECTING** [1] - 23:2
**ELEMENT** [1] - 11:5
**ELEMENTS** [2] - 7:24, 11:23
**ELSE** [1] - 20:19
**EMAIL** [1] - 16:24
**EMPLOYEE** [2] - 7:24, 8:2
**EMPLOYEES** [2] - 7:5, 7:7
**END** [5] - 5:6, 9:21, 23:11, 23:14, 24:11
**ENHANCEMENTS** [2] - 9:20, 16:6
**ENRICHED** [1] - 11:10
**ENTIRE** [1] - 16:1
**ENTITLED** [1] - 25:3
**EQUIFAX** [1] - 6:19
**ERROR** [1] - 10:6
**ESQUIRE** [5] - 1:13, 1:13, 1:14, 2:2, 2:6
**ESSENTIALLY** [1] - 12:2
**ESTABLISHED** [1] - 16:12
**ESTIMATE** [1] - 13:18
**EVEN** [1] - 20:20
**EVERYBODY** [5] - 4:23, 16:18, 16:19, 17:10, 18:16
**EVERYONE** [2] - 3:2, 9:18
**EVERYTHING** [1] - 23:11
**EVIDENCE** [2] - 8:10, 8:14
**EXACT** [1] - 7:23
**EXACTLY** [1] - 7:12
**EXCEPT** [1] - 23:11
**EXCHANGED** [1] - 14:8
**EXHIBIT** [2] - 23:20, 23:22
**EXTRA** [1] - 10:1

**F**

**FACT** [3] - 16:21, 20:22, 20:23
**FACTORS** [1] - 9:7
**FACTS** [1] - 15:16
**FAIR** [3] - 6:6, 9:8, 10:18
**FAR** [1] - 15:7
**FEE** [1] - 20:11

**FELL** [1] - 8:7
**FELT** [1] - 15:18
**FERGUSON** [1] - 2:2
**FEW** [2] - 7:9, 16:2
**FEWER** [1] - 6:17
**FIGURE** [1] - 23:4
**FILE** [9] - 8:1, 12:14, 15:18, 16:14, 17:11, 21:25, 22:25, 23:20, 23:21
**FILED** [4] - 15:1, 15:2, 15:3, 15:5
**FILES** [1] - 16:19
**FILING** [1] - 13:9
**FINAL** [1] - 14:14
**FINANCIAL** [2] - 7:15, 8:6
**FINE** [1] - 22:17
**FIRM** [1] - 9:15
**FIRMS** [3] - 15:4, 15:5
**FIRST** [3] - 6:5, 6:10
**FIX** [2] - 21:22, 23:16
**FIXED** [1] - 17:18
**FOCUS** [1] - 11:12
**FOLLOW** [1] - 19:18
**FOLLOWED** [1] - 14:5
**FOLLOWING** [1] - 21:13
**FOR** [40] - 1:2, 1:10, 1:17, 2:4, 2:8, 3:8, 3:10, 3:12, 3:14, 4:2, 4:11, 5:21, 6:3, 6:7, 7:24, 8:2, 10:10, 10:22, 11:18, 12:25, 13:5, 13:21, 15:4, 16:2, 16:14, 16:25, 17:5, 17:11, 18:13, 18:19, 19:10, 22:1, 22:9, 22:10, 23:1, 23:15, 23:22, 24:3, 24:19
**FOREGOING** [1] - 25:1
**FORENSIC** [2] - 13:1, 13:3
**FORM** [19] - 19:6, 19:9, 19:10, 19:18, 19:23, 21:12, 21:16, 21:17, 21:25, 22:1, 22:9, 22:18, 23:2, 23:14, 23:15, 23:22, 23:24
**FORMS** [1] - 21:14
**FORTH** [2] - 6:11, 11:17
**FORWARD** [1] - 11:17
**FOUR** [4] - 1:15, 15:5, 15:13, 15:17
**FOUR-YEAR** [1] - 15:13

**FRANKLY** [2] - 18:6, 18:8
**FRAUD** [3] - 13:15, 13:17, 17:12
**FREEDOM** [1] - 15:11
**FROM** [15] - 3:19, 4:3, 5:9, 5:19, 9:15, 9:23, 14:17, 14:19, 17:8, 20:6, 21:10, 21:13, 21:20, 22:12, 25:2
**FUND** [7] - 6:13, 10:13, 17:7, 17:9, 21:9, 21:10, 23:2
**FURTHER** [2] - 14:15, 24:17

**G**

**GAVE** [1] - 16:2
**GENERALLY** [2] - 11:4, 15:13
**GET** [20] - 4:25, 6:20, 9:14, 9:16, 9:19, 12:12, 13:4, 14:18, 15:16, 16:13, 16:19, 17:1, 17:11, 17:13, 17:14, 18:1, 18:2, 18:18, 22:7, 24:11
**GETS** [2] - 17:4, 18:17
**GETTING** [4] - 4:23, 14:17, 17:22, 18:20
**GILBERT** [1] - 2:2
**GIRSH** [1] - 9:7
**GIVE** [7] - 3:3, 9:2, 16:22, 19:3, 19:19, 21:7, 24:8
**GIVEN** [1] - 10:19
**GIVES** [1] - 12:13
**GLIGOR** [1] - 1:18, 25:6
**GO** [8] - 4:6, 5:24, 5:25, 10:13, 10:23, 12:9, 20:17, 22:18
**GOES** [2] - 21:7, 21:9
**GOING** [28] - 4:5, 4:12, 4:22, 4:25, 5:3, 6:24, 9:7, 9:19, 9:20, 9:21, 12:2, 12:5, 12:6, 13:21, 14:11, 16:7, 16:19, 17:13, 17:14, 18:5, 18:18, 19:13, 20:18, 22:20, 23:12, 23:23, 24:9
**GONE** [1] - 8:21
**GOOD** [10] - 3:9, 3:11, 3:13, 3:15, 3:17, 3:18, 4:10, 6:12, 6:23, 9:17
**GOT** [7] - 7:12, 8:11, 14:19, 14:23, 15:19,

17:7, 24:7
**GOTTEN** [1] - 23:13
**GROUP** [1] - 10:25
**GRUNFELD** [3] - 2:2, 3:11, 3:12
**GUESS** [2] - 7:17, 22:9

**H**

**HAD** [10] - 5:10, 5:20, 7:25, 8:2, 8:5, 11:8, 14:21, 15:18, 15:20, 16:8
**HAMILTON** [2] - 2:6, 3:19
**HAND** [1] - 9:23
**HANDED** [2] - 10:11, 13:12
**HANG** [1] - 3:25
**HANGOVER** [1] - 10:8
**HAPPENED** [1] - 13:4
**HAPPENING** [1] - 20:12
**HAPPY** [2] - 4:3, 10:13
**HARBOR** [1] - 1:15
**HARD** [4] - 20:15, 20:18, 23:12, 23:13
**HAS** [5] - 8:20, 10:11, 11:1, 12:8, 14:4
**HASN'T** [1] - 23:13
**HAVE** [47] - 3:15, 3:20, 4:4, 4:5, 4:13, 4:16, 5:4, 5:15, 5:18, 6:20, 7:18, 7:25, 8:1, 8:5, 8:13, 8:18, 8:23, 8:24, 8:25, 9:5, 9:9, 10:1, 10:11, 10:14, 10:23, 12:1, 12:7, 13:5, 13:16, 16:9, 16:12, 16:24, 17:1, 17:6, 17:7, 17:17, 18:7, 18:13, 18:15, 19:14, 19:24, 21:5, 22:6, 23:12, 23:16, 24:7, 24:10
**HAVING** [3] - 9:6, 9:12, 9:13
**HE** [5] - 3:21, 3:22, 3:24, 3:25, 8:17
**HEAD** [1] - 6:21
**HEALTH** [1] - 20:1
**HEALTHCARE** [1] - 7:25
**HEAR** [1] - 4:3
**HEARING** [4] - 3:23, 4:12, 5:15, 9:23
**HELLO** [1] - 3:2
**HERE** [10] - 3:4, 3:21, 4:1, 4:20, 6:3, 6:21,

9:4, 11:18, 21:6, 24:20
**HIGHLIGHTS** [1] - 9:9
**HIM** [3] - 3:23, 16:2
**HMM** [4] - 12:15, 19:12, 22:2, 22:21
**HOLBROOK** [3] - 1:14, 3:13, 3:14
**HOME** [1] - 6:19
**HONOR** [27] - 3:9, 3:18, 4:7, 4:10, 5:10, 6:3, 7:10, 7:20, 7:22, 8:8, 8:13, 9:4, 9:23, 10:5, 13:14, 14:9, 15:24, 16:17, 18:4, 18:6, 18:25, 20:4, 20:14, 20:22, 21:3, 24:10, 24:18
**HONORABLE** [1] - 1:9
**HOW** [6] - 8:17, 10:15, 13:4, 15:22, 16:9, 22:25
**HUGE** [1] - 6:19

**I**

**I'M** [4] - 10:6, 15:5, 16:21, 21:17
**IDENTIFIED** [1] - 11:1
**IDENTITY** [1] - 8:15
**IF** [29] - 4:24, 5:4, 5:6, 5:12, 5:19, 7:24, 8:2, 8:3, 8:20, 8:25, 9:23, 10:2, 10:14, 10:17, 11:4, 11:18, 15:11, 15:14, 15:24, 17:11, 17:25, 18:16, 18:19, 21:6, 22:16, 23:11, 23:14, 24:10, 24:12
**III** [1] - 2:6
**IMPACTED** [1] - 19:23
**IMPLEMENTED** [1] - 16:10
**IN** [51] - 1:1, 1:3, 3:4, 3:21, 4:14, 4:19, 4:23, 5:1, 5:7, 5:11, 6:11, 6:12, 6:16, 6:18, 8:1, 8:11, 8:14, 8:15, 8:18, 9:5, 9:16, 10:9, 11:7, 11:17, 12:1, 12:4, 12:9, 12:11, 12:12, 12:20, 12:24, 13:2, 13:4, 13:24, 15:2, 15:14, 15:15, 15:17, 16:21, 17:1, 17:5, 17:10, 18:13, 18:19, 19:6, 19:22, 20:3, 21:15, 21:17, 21:21, 25:2
**INCLUDED** [3] - 7:14,

19:24, 20:12
**INCONSISTENT** [1] - 23:4
**INDIVIDUAL** [3] - 7:23, 7:24, 11:13
**INFO** [2] - 16:23, 16:24
**INFORMATION** [15] - 7:15, 7:19, 8:1, 8:7, 8:11, 8:14, 12:22, 14:17, 15:12, 19:23, 19:25, 20:1, 20:9, 22:12
**INITIALLY** [1] - 12:3
**INQUIRER** [8] - 1:3, 3:5, 9:21, 11:12, 12:3, 12:13, 19:19, 20:2
**INQUIRER'S** [1] - 15:8
**INSTANCE** [1] - 23:23
**INSTEAD** [2] - 9:12, 18:11
**INTEND** [1] - 16:9
**INTERVIEWED** [1] - 15:9
**INTO** [7] - 5:3, 8:8, 9:7, 12:9, 17:12, 21:7, 21:9
**INTRODUCTION** [1] - 19:22
**INVESTIGATION** [1] - 14:24
**INVOLVED** [1] - 14:23
**IS** [60] - 3:5, 3:21, 3:24, 4:13, 4:18, 4:23, 5:4, 5:21, 6:4, 6:5, 6:6, 6:7, 6:8, 6:11, 6:13, 6:14, 6:17, 6:18, 6:21, 7:6, 8:10, 8:17, 9:4, 9:10, 9:17, 9:18, 9:20, 9:21, 10:3, 10:15, 10:18, 10:21, 10:25, 11:3, 11:5, 11:19, 11:21, 11:25, 12:25, 13:9, 13:17, 13:20, 16:5, 16:15, 16:18, 17:3, 17:8, 18:3, 18:6, 18:9, 20:2, 20:6, 20:12, 20:23, 22:6, 22:11, 25:1
**ISSUE** [3] - 6:11, 10:21, 11:25
**ISSUES** [7] - 5:20, 6:5, 11:7, 11:11, 11:13, 12:10, 16:3
**IT** [54] - 3:5, 4:11, 4:22, 5:3, 5:20, 7:13, 7:18, 7:22, 7:23, 7:24, 8:2, 8:3, 8:4,

8:5, 8:6, 8:7, 8:11, 9:9, 9:17, 10:14, 10:23, 11:18, 12:9, 13:15, 13:18, 14:12, 14:21, 14:22, 16:1, 16:19, 17:1, 17:5, 17:22, 18:3, 19:5, 19:23, 20:19, 21:9, 21:10, 22:8, 22:10, 23:13, 23:16, 23:22, 24:1, 24:2, 24:3, 24:4, 24:11, 24:12
**IT'S** [20] - 6:21, 6:23, 7:6, 11:4, 13:23, 16:18, 16:20, 16:21, 17:5, 17:17, 17:20, 17:21, 18:2, 18:15, 21:23, 22:25, 23:3, 23:16, 23:23
**ITEMS** [1] - 16:5
**ITS** [1] - 9:21

**J**

**JENKINS** [1] - 3:21
**JOHNS** [65] - 1:13, 1:14, 3:9, 3:10, 4:7, 4:10, 4:11, 4:21, 5:16, 5:23, 6:1, 7:1, 7:3, 7:6, 7:11, 7:13, 8:19, 8:24, 10:1, 10:5, 12:15, 12:18, 12:21, 13:11, 13:14, 13:23, 14:2, 14:8, 14:16, 14:19, 14:21, 15:1, 15:23, 16:17, 17:2, 17:13, 17:15, 17:19, 17:24, 18:4, 18:14, 18:22, 18:24, 19:3, 19:7, 19:12, 19:16, 19:20, 20:4, 20:8, 20:13, 20:22, 21:3, 21:9, 21:15, 21:18, 21:22, 22:2, 22:14, 22:21, 23:6, 24:1, 24:4, 24:9, 24:16
**JULY** [1] - 12:16
**JUST** [15] - 5:16, 5:17, 9:2, 10:23, 13:5, 13:18, 14:8, 14:21, 16:17, 16:22, 17:8, 18:7, 19:3, 19:4, 24:13

**K**

**KAREN** [1] - 1:9
**KEEP** [1] - 16:10
**KENNETH** [2] - 2:2, 3:11

**KEY** [1] - 11:7
**KIND** [2] - 5:19, 9:7
**KNOW** [7] - 8:25, 9:3, 15:16, 21:21, 22:13, 22:24, 23:4
**KNOWN** [2] - 11:2, 12:5
**KOPELOWITZ** [1] - 2:2

**L**

**LANGUAGE** [1] - 5:1
**LARGE** [1] - 10:3
**LARGER** [2] - 6:14, 6:17
**LAW** [1] - 9:15
**LAWSUIT** [1] - 20:25
**LAWSUITS** [1] - 12:14
**LEAST** [2] - 10:12, 16:25
**LEFT** [1] - 20:6
**LESS** [1] - 6:22
**LET** [3] - 12:12, 22:14, 23:7
**LET'S** [4] - 4:5, 5:24, 6:25, 22:18
**LETTER** [4] - 14:19, 14:20, 15:17
**LETTERS** [3] - 12:22, 14:8, 15:19
**LICENSE** [1] - 8:3
**LICENSES** [1] - 7:14
**LIKE** [9] - 5:1, 5:13, 6:19, 6:20, 7:18, 7:25, 10:2, 14:22, 23:22
**LINE** [2] - 5:3
**LITIGATION** [2] - 1:3, 10:19
**LITTLE** [3] - 18:8, 23:3
**LLC** [1] - 1:14
**LLP** [1] - 2:6
**LONG** [8] - 15:22, 16:9, 20:15, 20:18, 21:15, 22:18, 23:12, 23:13
**LOOK** [5] - 14:11, 20:16, 20:18, 23:12, 23:13
**LOOKING** [1] - 3:24
**LOSS** [3] - 13:10, 13:17, 18:10
**LOSSES** [13] - 8:18, 8:23, 8:25, 9:1, 13:22, 14:1, 16:15, 17:7, 17:12, 18:1, 18:22, 18:23, 20:21
**LOT** [2] - 4:20, 24:2
**LOW** [1] - 13:23

**LYNN** [2] - 1:18, 25:6

**M**

**MADE** [2] - 4:5, 4:15
**MAIL** [1] - 21:25
**MAILING** [1] - 12:5
**MAKE** [11] - 5:20, 9:21, 16:7, 18:15, 19:5, 19:7, 22:4, 22:10, 23:25, 24:2, 24:4
**MAKING** [1] - 18:9
**MARKET** [1] - 1:20
**MARSTON** [1] - 1:9
**MATERIALS** [1] - 10:8
**MATTER** [4] - 5:9, 5:19, 18:18, 25:3
**MAY** [14] - 3:2, 4:6, 4:7, 4:9, 4:11, 7:20, 7:21, 7:25, 8:3, 9:22, 12:13, 19:24, 21:13, 21:20
**MAYBE** [3] - 8:4, 22:8, 23:3
**ME** [8] - 3:3, 9:2, 12:9, 12:12, 19:3, 20:21, 22:14, 23:7
**MEAN** [5] - 7:17, 7:18, 19:4, 20:24, 23:11
**MEDIATION** [2] - 15:22, 15:25
**MEDIATOR** [2] - 9:15, 16:1
**MEDICAL** [5] - 7:15, 7:19, 8:1, 19:25, 20:8
**MEMBERS** [3] - 11:15, 12:5, 16:13
**MENTIONED** [1] - 9:18
**MIGHT** [4] - 4:16, 21:20
**MINUTE** [2] - 3:3, 23:8
**MISTAKE** [1] - 4:16
**MIXED** [1] - 7:6
**MM** [4] - 12:15, 19:12, 22:2, 22:21
**MM-HMM** [4] - 12:15, 19:12, 22:2, 22:21
**MONEY** [2] - 10:15, 21:7
**MONITORING** [19] - 4:23, 4:25, 9:19, 13:15, 14:4, 16:13, 16:20, 16:23, 17:4, 17:6, 17:23, 17:24, 18:1, 18:13, 18:14, 18:16, 18:18, 18:19, 22:11
**MONITORY** [1] - 16:5

**MORE** [5] - 5:18, 5:20, 11:4, 12:9, 21:2
**MORNING** [1] - 4:14
**MOST** [1] - 13:20
**MOTION** [6] - 1:10, 4:2, 6:3, 14:11, 20:11, 23:20
**MOVE** [1] - 24:11
**MR** [73] - 3:9, 3:11, 3:18, 4:7, 4:10, 4:21, 5:16, 5:23, 6:1, 7:1, 7:3, 7:6, 7:8, 7:9, 7:11, 7:13, 7:20, 7:22, 8:13, 8:19, 8:24, 9:14, 10:1, 10:5, 12:15, 12:18, 12:21, 13:5, 13:11, 13:14, 13:23, 14:2, 14:8, 14:16, 14:19, 14:21, 15:1, 15:23, 15:24, 16:8, 16:17, 17:2, 17:13, 17:15, 17:19, 17:24, 18:4, 18:14, 18:22, 18:24, 19:3, 19:7, 19:12, 19:16, 19:20, 20:4, 20:8, 20:13, 20:22, 21:3, 21:9, 21:15, 21:18, 21:22, 22:2, 22:14, 22:21, 23:6, 24:1, 24:4, 24:9, 24:16, 24:18
**MS** [2] - 3:13, 3:16
**MUST** [2] - 21:24, 23:1
**MY** [1] - 3:20

**N**

**NAME** [1] - 20:23
**NAMED** [1] - 8:22
**NAMES** [4] - 3:8, 19:24, 20:19, 20:24
**NEED** [9] - 5:25, 14:11, 16:23, 16:24, 18:12, 19:4, 20:15, 22:12, 23:21
**NEEDS** [2] - 17:18, 21:1
**NEGATIVE** [1] - 8:20
**NEGOTIATING** [1] - 14:13
**NET** [2] - 17:7
**NEVER** [1] - 4:13
**NEXT** [2] - 24:8, 24:11
**NJ** [1] - 2:7
**NO** [9] - 8:10, 8:13, 10:17, 11:21, 13:9, 13:14, 13:25, 18:18, 24:18
**NOBODY** [1] - 8:20

NON [1] - 16:5
NOT [16] - 3:21, 11:18, 12:25, 13:2, 13:5, 16:18, 16:21, 16:25, 17:17, 17:20, 18:2, 19:20, 21:10, 21:23, 22:24, 23:16
NOTICE [10] - 6:9, 11:1, 11:25, 12:3, 12:13, 19:6, 19:19, 20:3, 21:16, 23:21
NOTICED [2] - 4:25, 10:6
NOTICES [3] - 5:1, 15:8, 18:7
NOW [2] - 21:5
NUMBER [7] - 1:4, 3:6, 8:5, 13:19, 18:7, 21:6, 21:7
NUMBERS [2] - 7:14, 19:24
NUMEROSITY [1] - 11:3

**O**

OBJECTIONS [1] - 22:7
OBVIOUSLY [3] - 4:23, 9:10, 17:18
OF [57] - 1:2, 1:11, 3:15, 3:20, 3:22, 4:2, 4:15, 4:18, 5:6, 5:10, 5:20, 7:13, 8:20, 9:7, 9:8, 9:9, 9:12, 9:13, 9:19, 10:1, 10:3, 10:9, 10:13, 11:6, 11:14, 12:4, 12:19, 12:23, 12:24, 14:2, 14:4, 14:13, 14:14, 14:21, 14:25, 15:2, 15:3, 15:11, 15:17, 16:4, 16:14, 16:15, 18:1, 18:7, 18:11, 19:14, 19:23, 20:11, 21:13, 21:14, 21:20, 22:4, 22:23, 23:17, 24:11, 25:2
OFF [5] - 13:16, 19:6, 19:10, 22:1, 22:9
OFFICIAL [2] - 1:19, 25:5
OKAY [13] - 4:1, 5:14, 7:1, 7:17, 8:9, 8:16, 9:25, 14:24, 16:11, 19:7, 22:16, 23:6, 23:10
ON [23] - 3:19, 3:22, 4:1, 6:3, 6:13, 7:22, 8:7, 10:17, 10:24,

11:12, 12:10, 13:9, 14:12, 15:8, 19:15, 20:19, 20:23, 20:25, 21:6, 21:12, 22:19, 24:4, 24:11
ONE [12] - 5:10, 6:4, 9:19, 13:6, 19:10, 21:21, 21:22, 22:14, 22:23, 23:5, 24:13
ONIX [8] - 5:9, 5:19, 6:12, 9:16, 9:23, 10:8, 20:7, 21:21
ONLINE [1] - 21:25
ONLY [2] - 18:9, 22:23
OPENS [1] - 3:1
OPPORTUNITY [1] - 5:5
OPT [5] - 17:1, 17:12, 18:13, 18:19, 22:7
OPTION [2] - 19:10, 22:1
OPTIONS [3] - 21:13, 22:3, 22:24
OR [19] - 3:25, 6:10, 6:18, 6:19, 6:22, 7:18, 8:3, 8:5, 11:4, 12:8, 18:1, 18:2, 18:10, 19:25, 21:25, 22:7, 22:11, 24:14
ORIGINALLY [1] - 20:2
OSTROW [1] - 2:2
OTHER [11] - 6:23, 9:5, 10:19, 10:24, 12:6, 15:4, 15:9, 16:24, 19:25, 22:3, 23:19
OTHERWISE [1] - 17:3
OUR [6] - 6:11, 11:17, 12:10, 12:11, 15:8, 15:9
OUT [11] - 3:25, 5:17, 6:2, 8:21, 14:4, 16:22, 17:18, 20:3, 20:24, 22:7, 23:5
OVER [5] - 11:12, 12:20, 12:21, 15:25, 20:6
OVERHILL [1] - 2:3

**P**

PA [4] - 1:7, 1:16, 1:20, 2:3
PAGE [4] - 4:18, 10:9, 14:12, 22:19
PAID [1] - 17:4
PAPERS [4] - 4:15, 5:5, 11:17, 12:10

PARAGRAPH [4] - 17:18, 22:4, 22:22, 22:25
PART [1] - 16:4
PARTIES [1] - 9:13
PAUSE [1] - 21:6
PAY [1] - 13:21
PAYMENT [4] - 16:15, 19:11, 23:1, 23:2
PAYOUT [1] - 23:16
PENNSYLVANIA [3] - 1:2, 3:22, 15:14
PEOPLE [9] - 5:21, 6:18, 8:21, 13:4, 13:9, 15:10, 15:19, 16:25, 20:20
PEPPER [2] - 2:6, 3:19
PER [3] - 6:14, 6:17, 6:22
PER-PERSON [2] - 6:14, 6:17
PERSON [3] - 6:14, 6:17, 6:22
PERSONAL [1] - 19:25
PHILADELPHIA [4] - 1:3, 1:7, 1:20, 3:5
PICK [1] - 17:25
PICKER [1] - 9:15
PLAINTIFF'S [1] - 14:25
PLAINTIFFS [13] - 1:17, 2:4, 3:10, 3:12, 3:14, 4:11, 8:22, 8:23, 11:14, 12:13, 15:10, 21:13, 21:20
PLAN [1] - 6:9
PLEAS [1] - 15:3
PLEASE [2] - 3:7, 4:11
PODIUM [1] - 4:8
POINTED [1] - 17:17
PORTION [1] - 10:3
POSSIBLE [3] - 5:21, 16:21
PREDOMINANCE [1] - 11:6
PREDOMINATE [1] - 11:12
PRELIMINARY [3] - 1:10, 4:2, 6:4
PREMEDIATIONAL [1] - 12:22
PREPARED [1] - 9:22
PRESUMPTIVELY [1] - 11:5
PRETTY [2] - 14:11, 16:21
PRIMARILY [1] - 8:4
PRINCETON [1] - 2:7

PRIVATE [1] - 19:23
PRO [10] - 13:9, 16:15, 18:2, 18:20, 18:21, 19:10, 21:7, 22:1, 22:10, 23:15
PROBABLY [4] - 4:4, 13:16, 14:10, 24:1
PROCEEDINGS [2] - 1:22, 25:2
PRODUCED [1] - 1:23
PRONG [1] - 6:10
PROPOSED [4] - 6:5, 10:12, 11:24, 23:21
PROVED [1] - 20:25
PROVIDE [1] - 21:20
PROVIDED [2] - 11:1, 12:3
PROVIDES [1] - 16:23
PROVING [1] - 8:20
PULL [1] - 3:3
PURPOSES [2] - 6:8, 10:22
PUT [4] - 5:11, 10:7, 15:10, 20:24

**Q**

QUESTION [2] - 8:19, 24:13
QUESTIONS [6] - 4:4, 5:19, 10:15, 10:17, 10:24, 12:8
QUICKLY [1] - 10:23

**R**

RAISES [1] - 6:4
RATA [10] - 13:9, 16:15, 18:2, 18:20, 18:21, 19:11, 21:7, 22:1, 22:10, 23:15
RE [1] - 1:3
READ [1] - 15:7
READING [1] - 4:15
REAL [1] - 11:21
REALLY [4] - 8:20, 13:23, 18:9, 22:6
REASONABLE [3] - 6:6, 9:8, 10:18
RECALL [2] - 9:22, 15:14
RECEIVE [1] - 23:2
RECESS [2] - 23:8, 23:9
RECORD [2] - 3:8, 25:2
RECORDED [1] - 1:22
RECOVERY [1] - 6:17
REDLINE [1] - 5:8
REDUNDANT [1] -

23:3
REFERENCE [1] - 22:4
REFERRING [1] - 13:11
REFILE [1] - 23:19
REFUND [1] - 23:1
REGARDING [1] - 3:5
REMAINING [2] - 17:8, 17:9
REMEMBER [4] - 5:9, 5:19, 15:11, 15:23
REPORT [2] - 13:1, 13:3
REPORTER [2] - 1:19, 25:5
REPRESENTATIVES [1] - 11:16
REQUEST [1] - 15:13
REQUIREMENTS [1] - 22:7
RESOLVE [1] - 11:22
RESOLVED [1] - 9:14
RESPECT [3] - 6:10, 11:24, 12:10
RESPECTFULLY [1] - 5:4
RESPONSIBILITY [1] - 8:2
REST [1] - 12:10
RESUBMIT [2] - 5:5, 24:14
RESULT [2] - 6:23, 9:17
RESULTED [1] - 8:15
REVISING [1] - 14:13
REVISIONS [3] - 4:5, 4:16, 5:7
REVOLVE [1] - 11:7
RIGHT [20] - 3:4, 5:15, 7:4, 12:12, 16:12, 17:4, 17:15, 17:16, 18:12, 19:1, 20:13, 21:4, 21:5, 21:12, 22:24, 23:7, 23:8, 24:11, 24:17
RISKS [3] - 9:9, 9:11, 10:20
RMR [2] - 1:18, 25:6
ROAD [1] - 2:3
ROBERT [1] - 3:21
RONON [1] - 9:15
ROOM [1] - 1:19
RULE [1] - 11:23

**S**

SAID [8] - 6:2, 6:18, 10:18, 12:11, 13:5, 13:16, 14:20, 20:3

SAMANTHA [2] - 1:14, 3:13
SAME [4] - 7:23, 9:15, 11:15, 12:2
SANDERS [2] - 2:6, 3:19
SATISFIED [2] - 11:24, 15:20
SAY [2] - 4:22, 18:13
SAYING [3] - 8:17, 17:3, 22:6
SAYS [6] - 13:15, 14:12, 16:20, 17:5, 19:23, 22:23
SEATED [1] - 3:3
SECOND [2] - 6:6, 9:2, 10:9, 10:21, 19:3
SECTION [7] - 4:18, 4:19, 19:9, 19:11, 19:14, 19:22, 21:16
SECURITY [4] - 1:3, 7:14, 9:20, 19:24
SEE [7] - 3:17, 3:23, 6:16, 18:6, 20:10, 21:6, 21:23
SEGUES [1] - 9:7
SELECT [2] - 21:13, 21:20
SELECTING [1] - 22:23
SEND [2] - 15:11, 15:13
SENSE [1] - 23:25
SENT [3] - 12:21, 15:11, 20:3
SENTENCE [1] - 4:19
SEPARATE [1] - 23:22
SEPTEMBER [1] - 1:6
SERVICE [2] - 16:13, 20:18
SET [3] - 6:11, 7:11, 11:17
SETTLE [1] - 12:17
SETTLEMENT [20] - 1:11, 4:3, 4:15, 4:18, 5:11, 6:6, 6:8, 6:12, 6:19, 9:8, 10:22, 11:24, 12:7, 14:14, 16:5, 21:14, 21:19, 22:5
SETTLEMENTS [1] - 6:23
SHARE [6] - 13:9, 18:2, 18:20, 18:21, 21:8, 22:1
SHORT [8] - 19:5, 19:18, 19:23, 21:12, 21:17, 23:14, 23:15, 23:24
SHOULD [7] - 6:7, 6:9,

13:16, 21:23, 22:4, 24:8, 24:15
SHUB [1] - 1:14
SIGNALS [1] - 17:21
SIGNIFICANT [2] - 14:12, 20:23
SIMILAR [2] - 5:1, 9:5
SIMPLE [1] - 17:8
SIZE [1] - 11:3
SMALLER [1] - 6:16
SO [36] - 3:4, 4:1, 4:21, 4:24, 5:3, 5:12, 6:22, 7:11, 7:16, 7:24, 8:7, 9:12, 9:22, 10:8, 10:10, 10:11, 10:17, 10:22, 11:23, 12:4, 12:8, 12:12, 14:24, 15:4, 15:17, 16:12, 17:4, 17:10, 17:16, 18:11, 18:15, 20:4, 20:6, 22:8, 23:22, 24:12
SOCIAL [2] - 7:14, 19:24
SOME [13] - 4:4, 4:15, 5:18, 5:20, 9:9, 12:6, 12:21, 16:23, 16:24, 17:11, 18:6, 24:7
SOMETHING [6] - 4:12, 6:15, 6:20, 6:22, 21:1
SOMETIMES [1] - 13:2
SOON [2] - 15:16, 15:19
SORRY [4] - 10:6, 15:5, 21:15, 21:18
SORT [3] - 8:20, 9:13, 23:17
SPEAK [2] - 7:20, 15:4
SPECIFICALLY [2] - 4:17
SPOKE [3] - 15:8, 15:9, 15:19
STANDING [2] - 9:3, 9:10
START [3] - 4:6, 4:12, 5:16
STATE [2] - 3:7, 20:17
STATES [2] - 1:1, 14:23
STATUTES [1] - 11:11
STENOTYPE [1] - 1:22
STENOTYPE-COMPUTER [1] - 1:22
STEPPED [1] - 11:17
STILL [3] - 4:25, 5:14, 8:6
STIO [12] - 2:6, 3:18,

3:19, 7:8, 7:9, 7:20, 7:22, 8:13, 13:5, 15:24, 16:8, 24:18
STRADLEY [1] - 9:15
STREET [1] - 1:20
STRICTLY [1] - 22:6
STRUCTURE [1] - 9:5
STUFF [1] - 12:6
SUBMIT [4] - 5:4, 11:19, 19:5, 23:1
SUBMITTED [1] - 20:21
SUBSCRIBER [1] - 8:4
SUBSCRIBERS [2] - 7:5, 7:7
SUFFICIENT [1] - 15:18
SUGGEST [2] - 18:5, 24:10
SUITE [2] - 1:15, 2:7
SUPER [1] - 12:25
SUPERIORITY [1] - 11:21
SUPPORT [1] - 8:25
SUPPOSE [1] - 13:8
SURE [5] - 5:20, 6:1, 16:21, 18:15, 19:20

---

# T

TAKE [7] - 15:22, 17:17, 20:15, 22:8, 22:14, 23:7, 23:12
TAKEN [2] - 7:12, 23:9
TAKING [4] - 4:14, 20:18
TALK [2] - 6:25, 22:15
TALKED [1] - 8:21
TEAR [4] - 19:6, 19:10, 22:1, 22:9
TEAR-OFF [4] - 19:6, 19:10, 22:1, 22:9
TECHNICALLY [1] - 21:10
TELL [4] - 9:4, 20:21, 21:4, 21:5
THAN [2] - 6:22, 21:2
THANK [6] - 4:7, 4:21, 5:23, 8:16, 24:18, 24:19
THAT [102] - 4:5, 4:16, 5:1, 5:5, 5:6, 5:7, 5:9, 5:12, 5:22, 6:4, 6:15, 7:25, 8:9, 8:11, 8:14, 9:3, 9:4, 9:9, 9:14, 9:21, 10:5, 10:6, 10:7, 10:8, 10:9, 10:10, 10:11, 10:17, 10:25, 11:5,

11:11, 11:19, 12:1, 12:2, 12:10, 13:5, 13:12, 13:14, 13:17, 13:18, 13:19, 13:20, 14:2, 14:9, 14:12, 14:20, 14:23, 15:5, 15:10, 15:14, 15:18, 15:20, 16:6, 16:12, 16:14, 16:16, 16:19, 16:20, 16:22, 16:24, 17:8, 17:18, 18:8, 18:13, 18:16, 18:25, 19:5, 19:7, 19:16, 20:2, 20:5, 20:16, 20:17, 20:21, 20:23, 20:25, 21:2, 21:4, 21:5, 21:6, 21:7, 21:22, 21:23, 22:11, 22:14, 22:16, 22:20, 23:4, 23:17, 23:25, 24:10, 24:12, 24:16, 25:1
THAT'S [10] - 6:15, 13:7, 13:18, 17:8, 17:15, 22:16, 22:17, 22:24, 23:10
THE [305] - 1:1, 1:2, 1:9, 1:11, 1:17, 2:4, 2:8, 3:2, 3:4, 3:5, 3:8, 3:10, 3:12, 3:14, 3:15, 3:17, 3:20, 3:21, 3:22, 3:23, 3:24, 4:1, 4:2, 4:4, 4:8, 4:9, 4:11, 4:13, 4:14, 4:15, 4:16, 4:18, 4:20, 4:23, 4:24, 4:25, 5:1, 5:6, 5:9, 5:10, 5:11, 5:12, 5:14, 5:18, 5:19, 5:24, 6:3, 6:5, 6:6, 6:7, 6:8, 6:9, 6:10, 6:12, 6:16, 6:18, 6:24, 6:25, 7:2, 7:4, 7:12, 7:13, 7:17, 7:21, 7:23, 8:5, 8:9, 8:14, 8:16, 8:19, 8:20, 8:22, 9:3, 9:6, 9:7, 9:8, 9:9, 9:13, 9:15, 9:18, 9:20, 9:21, 9:23, 9:25, 10:3, 10:8, 10:9, 10:11, 10:12, 10:13, 10:14, 10:15, 10:19, 10:21, 11:3, 11:4, 11:6, 11:7, 11:8, 11:9, 11:10, 11:12, 11:14, 11:15, 11:16, 11:18, 11:23, 11:24, 11:25, 12:1, 12:2, 12:3, 12:4, 12:8, 12:10, 12:12, 12:13,

12:16, 12:19, 12:22, 12:23, 12:24, 13:2, 13:7, 13:8, 13:9, 13:11, 13:13, 13:14, 13:16, 13:17, 13:20, 13:25, 14:4, 14:5, 14:6, 14:8, 14:10, 14:14, 14:16, 14:18, 14:20, 14:22, 14:24, 14:25, 15:2, 15:4, 15:7, 15:8, 15:14, 15:15, 15:16, 15:17, 15:18, 15:19, 15:22, 15:25, 16:1, 16:6, 16:11, 16:13, 16:15, 16:19, 16:20, 16:22, 16:23, 17:1, 17:4, 17:5, 17:6, 17:7, 17:10, 17:12, 17:14, 17:16, 17:20, 17:22, 17:25, 18:2, 18:3, 18:7, 18:9, 18:10, 18:12, 18:13, 18:14, 18:15, 18:16, 18:17, 18:20, 18:21, 18:23, 19:1, 19:4, 19:5, 19:6, 19:9, 19:10, 19:13, 19:14, 19:17, 19:18, 19:19, 19:22, 19:23, 20:2, 20:3, 20:6, 20:8, 20:10, 20:15, 20:18, 20:22, 21:1, 21:4, 21:6, 21:7, 21:9, 21:10, 21:11, 21:12, 21:13, 21:14, 21:15, 21:17, 21:19, 21:21, 21:24, 21:25, 22:1, 22:3, 22:5, 22:7, 22:10, 22:15, 22:16, 22:17, 22:18, 22:19, 22:22, 22:24, 23:2, 23:7, 23:10, 23:14, 23:15, 23:19, 23:20, 24:2, 24:4, 24:7, 24:10, 24:14, 24:15, 24:17, 24:19, 25:1, 25:2
THEFT [1] - 8:15
THEIR [6] - 3:8, 8:1, 9:1, 20:19, 20:23, 20:24
THEM [11] - 10:2, 11:18, 14:9, 14:17, 14:19, 15:2, 15:12, 15:20, 16:10, 18:12, 22:12
THEN [8] - 13:15, 16:1, 16:14, 17:6, 17:7, 19:13, 23:21, 23:23

THERE [27] - 4:19, 4:25, 6:4, 6:17, 6:18, 7:6, 7:7, 8:1, 8:10, 9:10, 9:20, 10:17, 11:21, 13:1, 13:15, 13:25, 15:1, 15:5, 19:6, 20:25, 21:1, 21:11, 21:21, 21:23, 22:1, 22:8
THERE'S [5] - 4:19, 4:20, 21:5, 21:14, 21:21
THEREAFTER [1] - 16:2
THEREFORE [1] - 4:24
THESE [12] - 5:5, 5:7, 6:16, 8:21, 12:24, 13:4, 13:24, 15:19, 16:25, 20:20, 22:7, 24:14
THEY [31] - 7:4, 7:5, 8:7, 8:23, 8:24, 8:25, 11:2, 12:21, 13:3, 13:5, 15:3, 15:17, 15:20, 16:14, 16:20, 16:23, 17:11, 17:12, 17:13, 17:14, 18:13, 19:5, 20:3, 20:20, 20:21, 20:24, 20:25, 22:23
THING [3] - 12:2, 23:12, 23:19
THINGS [1] - 5:10
THINK [26] - 6:11, 7:7, 8:19, 9:6, 9:17, 11:23, 12:9, 12:25, 13:1, 14:10, 14:22, 15:15, 16:20, 17:16, 17:20, 19:4, 19:10, 20:4, 20:8, 20:22, 22:3, 22:20, 23:10, 23:17, 24:8, 24:15
THINKING [1] - 13:21
THIRD [3] - 6:8, 11:4, 11:25
THIS [48] - 3:3, 3:7, 4:12, 4:14, 4:16, 4:18, 4:24, 5:20, 6:11, 6:14, 8:11, 8:18, 9:4, 9:14, 9:16, 9:19, 9:23, 10:4, 10:7, 10:12, 10:15, 10:18, 10:22, 10:25, 11:22, 12:4, 12:12, 12:17, 12:20, 13:8, 13:17, 14:4, 14:11, 15:15, 16:4, 18:6, 18:17, 20:6, 20:11, 20:12, 20:23, 20:24,

21:20, 22:9, 22:23, 23:12, 23:19, 24:11
THOSE [2] - 11:11, 18:2
THOUGH [1] - 17:22
THOUGHT [4] - 15:20, 18:6, 18:8, 21:11
THREE [7] - 6:5, 9:19, 12:10, 15:2, 15:3, 15:5, 21:12
THREE-BUREAU [1] - 9:19
THROUGH [10] - 4:15, 5:24, 5:25, 6:24, 9:13, 10:14, 10:23, 19:14, 24:3
THROUGHOUT [2] - 19:17, 23:16
TIME [3] - 3:7, 10:13, 14:13
TIMELINE [1] - 13:7
TO [109] - 3:3, 3:15, 3:17, 3:23, 3:24, 3:25, 4:3, 4:5, 4:12, 4:13, 4:17, 4:22, 4:25, 5:5, 5:6, 5:11, 5:14, 5:16, 5:20, 5:21, 5:25, 6:10, 6:12, 6:23, 8:17, 8:21, 8:25, 9:3, 9:5, 9:7, 9:12, 9:13, 9:14, 9:16, 9:19, 9:20, 9:21, 10:13, 10:21, 10:24, 11:22, 11:24, 12:2, 12:5, 12:6, 12:7, 12:9, 12:10, 12:17, 13:11, 13:21, 14:9, 14:11, 15:12, 15:13, 15:18, 16:7, 16:8, 16:9, 16:15, 16:17, 16:19, 16:22, 17:1, 17:13, 17:14, 17:17, 17:18, 18:5, 18:12, 18:13, 18:15, 18:18, 19:5, 19:13, 20:10, 20:15, 20:18, 21:1, 22:4, 22:6, 22:7, 22:11, 22:15, 22:18, 22:20, 22:25, 23:2, 23:4, 23:12, 23:16, 23:21, 23:23, 24:3, 24:7, 24:9, 24:13
TODAY [2] - 4:1, 5:15
TOGETHER [1] - 10:7
TOO [9] - 10:6, 10:22, 12:6, 18:8, 18:14, 20:7, 20:19, 21:23, 24:5
TOP [2] - 13:16, 14:5

TOTAL [1] - 13:15
TOWER [1] - 1:15
TRAIN [1] - 4:14
TRANSCRIPT [2] - 1:23, 25:2
TRANSCRIPTION [1] - 1:23
TROUTMAN [2] - 2:6, 3:19
TRYING [1] - 23:4
TURNED [1] - 12:20
TWO [2] - 15:2, 23:8
TWO-MINUTE [1] - 23:8
TYPE [2] - 7:13, 12:19
TYPES [1] - 12:24
TYPICALITY [1] - 11:14
TYPICALLY [2] - 6:16, 15:15
TYPO [2] - 21:11, 21:21

U

UNDER [2] - 9:17, 10:19
UNDERLINED [1] - 21:23
UNDERSTAND [4] - 4:22, 5:21, 19:20, 24:6
UNDERSTOOD [2] - 20:13, 21:3
UNITED [1] - 1:1
UNJUSTLY [1] - 11:10
UNLESS [3] - 10:23, 12:8, 18:20
UNOPPOSED [3] - 1:10, 4:2, 6:3
UNTIL [2] - 24:8, 24:10
UP [14] - 3:3, 9:4, 9:24, 10:11, 13:12, 13:18, 15:10, 16:15, 18:25, 19:14, 20:5, 22:20, 23:11, 23:14
UPDATES [1] - 16:2
US [3] - 5:10, 24:3, 24:13
USE [1] - 4:8
USED [5] - 8:11, 8:14, 9:14, 9:16, 10:8
USUALLY [4] - 6:21, 13:2, 13:23

V

VALID [1] - 23:1
VERSION [1] - 5:8

VERY [1] - 9:17
VIA [1] - 19:5
VIABLE [1] - 15:21
VIOLATED [1] - 11:11

W

WALK [1] - 10:14
WANT [15] - 5:14, 5:20, 10:24, 16:20, 18:5, 18:10, 18:16, 18:21, 20:10, 20:11, 22:11, 22:15, 24:13, 24:14
WANTED [2] - 3:23, 5:16
WANTS [2] - 3:25, 12:9
WAS [31] - 4:14, 4:25, 5:1, 5:11, 7:13, 7:23, 7:24, 8:1, 8:2, 8:4, 8:11, 8:14, 8:20, 10:5, 10:8, 10:9, 11:10, 12:2, 12:20, 13:18, 14:12, 14:17, 14:22, 14:25, 15:25, 18:5, 18:8, 21:11, 24:9
WASN'T [2] - 7:23, 13:1
WAY [7] - 4:4, 6:18, 8:12, 8:14, 17:4, 18:3, 23:17
WE [85] - 3:4, 4:1, 4:15, 5:4, 5:5, 5:7, 5:10, 5:12, 6:3, 6:11, 6:15, 6:20, 7:11, 8:13, 9:5, 9:6, 9:9, 9:12, 9:14, 9:16, 9:17, 10:7, 10:15, 10:18, 10:22, 11:17, 11:18, 11:19, 11:23, 11:25, 12:2, 12:4, 12:6, 12:9, 12:25, 13:4, 14:2, 14:8, 14:19, 14:22, 14:23, 15:1, 15:7, 15:10, 15:11, 15:13, 15:14, 15:18, 15:19, 15:20, 16:2, 16:8, 16:9, 16:12, 16:24, 17:6, 17:7, 17:22, 18:24, 19:1, 19:7, 19:16, 20:5, 20:15, 21:11, 21:22, 22:8, 22:10, 22:24, 24:10, 24:12, 24:16
WEBSITE [3] - 12:7, 15:8
WEEK [3] - 5:6, 24:8,

24:11
WEISELBERG [1] - 2:2
WELL [12] - 3:21, 5:2, 5:12, 7:9, 8:19, 11:20, 12:1, 12:19, 14:14, 15:1, 18:5, 24:14
WENT [1] - 15:8
WERE [15] - 4:17, 7:7, 9:12, 9:16, 12:11, 12:16, 14:23, 15:1, 15:2, 15:3, 15:5, 15:20, 17:3, 19:1, 20:25
WEREN'T [1] - 11:18
WEST [1] - 1:16
WHAT [28] - 4:22, 5:4, 5:24, 6:20, 7:12, 8:7, 8:17, 9:5, 9:6, 12:19, 13:4, 14:18, 14:20, 14:22, 14:24, 15:7, 16:9, 17:3, 17:22, 18:5, 18:6, 18:19, 19:21, 20:2, 20:11, 20:19, 21:19
WHATEVER [2] - 17:7, 19:19
WHEN [8] - 6:2, 6:17, 6:18, 10:7, 12:3, 20:2, 20:10, 23:19
WHERE [5] - 13:3, 13:18, 16:2, 19:14, 22:25
WHETHER [9] - 6:5, 6:7, 6:8, 10:21, 11:8, 11:9, 11:10, 18:9
WHICH [5] - 4:13, 6:13, 6:21, 8:12, 21:16
WHO [6] - 7:5, 7:23, 7:25, 8:2, 18:17
WHY [1] - 10:3
WILL [21] - 3:7, 5:22, 10:23, 13:3, 16:10, 16:13, 17:11, 18:24, 19:7, 19:16, 20:5, 20:17, 21:22, 22:8, 23:8, 23:20, 23:24, 24:2, 24:4, 24:11, 24:16
WITH [16] - 4:12, 5:7, 5:10, 6:10, 9:10, 11:1, 11:24, 12:10, 12:22, 13:19, 14:9, 15:8, 15:9, 15:20, 19:11, 22:16
WITHOUT [2] - 5:3, 16:1
WON'T [1] - 15:4

**WORK** [2] **–** 24:3, 24:7
**WORKED** [1] **–** 3:22
**WOULD** [15] **–** 5:4, 5:6,
5:12, 7:18, 7:22, 8:6,
8:17, 10:2, 11:18,
11:19, 12:9, 21:10,
23:17, 23:22, 24:12
**WOULDN'T** [1] **–** 8:5
**WRITTEN** [2] **–** 14:14,
18:3

## Y

**YEAH** [1] **–** 22:14
**YEAR** [3] **–** 9:19, 12:4,
15:13
**YEP** [1] **–** 12:18
**YES** [14] **–** 4:20, 4:21,
5:16, 13:7, 13:13,
13:23, 16:8, 17:2,
17:19, 18:14, 18:24,
19:16, 20:9, 24:6
**YOU** [87] **–** 3:2, 3:15,
3:17, 4:3, 4:6, 4:7,
4:9, 4:17, 4:21, 4:22,
4:24, 5:10, 5:14,
5:19, 5:23, 5:24, 6:2,
6:20, 7:21, 8:16, 9:4,
9:22, 10:2, 10:14,
10:23, 10:24, 12:16,
13:11, 13:21, 14:6,
14:10, 14:18, 15:16,
16:6, 17:1, 17:3,
17:16, 17:17, 17:22,
17:25, 18:1, 18:2,
18:9, 18:10, 18:12,
18:15, 18:16, 18:18,
18:19, 18:20, 18:21,
19:4, 19:13, 19:14,
20:20, 21:4, 21:5,
21:15, 21:24, 22:4,
22:6, 22:11, 22:12,
22:20, 23:1, 23:11,
23:14, 23:16, 23:19,
23:20, 23:21, 24:7,
24:8, 24:13, 24:14,
24:15, 24:18, 24:19
**YOUR** [32] **–** 3:9, 3:18,
4:7, 4:10, 5:10, 6:2,
7:9, 7:20, 7:22, 8:8,
8:13, 8:22, 9:4, 9:23,
10:5, 13:14, 14:9,
15:24, 16:17, 16:24,
18:4, 18:6, 18:25,
20:4, 20:13, 20:22,
21:3, 22:3, 23:23,
23:24, 24:10, 24:18