IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PHILADELPHIA INQUIRER DATA SECURITY LITIGATION | Case No. 2:24-cv-02106<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs Ivery Sheree Mosley, Steven Hassell and Christopher Devine (collectively, "Plaintiffs") individually and on behalf of the punitive class, move pursuant to Federal Rule of Civil Procedure 23(e) for an Order: (1) granting preliminary approval of the proposed Settlement;  (2) preliminarily certifying a class for the purposes of Settlement; (3) appointing Plaintiffs as Class Representatives; (4) appointing Benjamin F. Johns of Shub & Johns LLC, Kenneth J. Grunfeld of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, Terence R. Coates of Markovits, Stock & DeMarco, LLC and Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman PLLC as Class Counsel; (5) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class; (6) directing that notice be given to the Settlement Class; (7) scheduling a hearing at which time the Court will consider the request for final approval of the Settlement and request for attorneys' Fee Award and Costs and Service Awards to Class Representatives; and (8) granting such other relief and further relief as the Court deems just and proper.

Defendant, The Philadelphia Inquirer, LLC, does not object to the relief sought by Plaintiffs.

1

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Renewed Motion for Preliminary Approval of Class Action Settlement, and its exhibits thereto, including the Settlement Agreement and Release, the Joint Declaration in Support of Plaintiffs' Renewed Motion for Preliminary Approval of Class Action Settlement; Declaration of Mediator Picker in Support of Preliminary Approval of Class Settlement; and all prior pleadings and proceedings properly before the Court.

Respectfully Submitted,

Dated: October 4, 2024

/s/ *Benjamin F. Johns*
Benjamin F. Johns (PA I.D. #201373)
Samantha E. Holbrook (PA I.D. #311829)
Andrea L. Bonner (PA 332945)
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
bjohns@shublawyers.com

Kenneth J. Grunfeld
Jeff Ostrow
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
65 Overhill Road
Bala Cynwyd, PA 19004
Phone: (954) 525-4100
grunfeld@kolawyers.com
ostrow@kolawyerse.com

Terence R. Coates*
**MARKOVITS, STOCK & DE MARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com

Gary M. Klinger (admitted *pro hac vice*)

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street
Suite 2100
Chicago, IL 60606
866-252-0878
gklinger@milberg.com

*Pro Hac Vice application forthcoming

*Attorneys for the Plaintiff*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 04 day of October 2024, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

                                                          */s/ Benjamin F. Johns*
                                                      Benjamin F. Johns