**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

.

| | |
|---|---|
| **IN RE: PHILADELPHIA INQUIRER DATA BREACH LITIGATION** | Case No.: 2:24-cv-02106-KSM |

**PLAINTIFFS' MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

COMES NOW Plaintiffs, through their undersigned counsel, and requests final approval for class action settlement. In support of this request, Plaintiffs state and presents the following:

The relief sought in this Motion is supported by (1) this Motion; (2) Plaintiffs' Memorandum in Support ("Memorandum"); (3) Declaration of Settlement Administrator Re: Notice Procedures; (4) the Settlement Agreement; (5) the Court's Order Granting Preliminary Approval of Class Action Settlement; (6) the records, pleadings, and papers filed in this action; and (7) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request the Court enter the proposed Order Granting Final Approval of the Class Action Settlement.

Respectfully Submitted,

Dated: January 14, 2025

/s/ *Benjamin F. Johns*
Benjamin F. Johns (PA I.D. #201373)
Samantha E. Holbrook (PA I.D. #311829)
Andrea L. Bonner (PA 332945)
**SHUB JOHNS & HOLBROOK LLP[1]**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428

---

[1] The law firm of Shub & Johns LLC was renamed Shub Johns & Holbrook LLP effective January 13, 2025.

1

Telephone: (610) 477-8380
bjohns@shublawyers.com

Terence R. Coates (admitted *pro hac vice*)
**MARKOVITS, STOCK & DE MARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com

Kenneth J. Grunfeld
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
65 Overhill Road
Bala Cynwyd, PA 19004
Phone: (954) 525-4100
grunfeld@kolawyers.com

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
866-252-0878
gklinger@milberg.com

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January 2025, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

/s/ Benjamin F. Johns
Benjamin F. Johns