UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PHILADELPHIA INQUIRER DATA SECURITY LITIGATION | Case No. 2:24-cv-02106<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED**<br><br>**CONSOLIDATED ACTION** |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES,
EXPENSES, AND SERVICE AWARDS**

Benjamin F. Johns (PA Bar 201373)
**SHUB, JOHNS & HOLBROOK LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
bjohns@shublawyers.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street
Suite 2100
Chicago, IL 60606
gklinger@milberg.com

Kenneth J. Grunfeld
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
65 Overhill Road
Bala Cynwyd, PA 19004
954-525-4100
grunfeld@kolawyers.com

Terence R. Coates
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street Suite 530
Cincinnati, OH 45202
(513) 651-3700
tocates@msdlegal.com

*Interim Co-Lead Class Counsel*

Pursuant to the Court's October 25, 2024 Order granting preliminary approval of the proposed Settlement Agreement ("Settlement Agreement" or "SA"), Plaintiffs respectfully seek an Order approving payment of: (i) $175,000.00 as reasonable attorneys' fees; (ii) $13,765.32 for Class Counsel's litigation expenses; and (iii) $2,000 Service Awards for each Class Representative, for a total of $6,000.

This motion is based on this notice, the accompanying Memorandum of Law, the declarations, and all documents and arguments submitted in support thereof.

WHEREFORE, Plaintiffs respectfully request that the Court enter the Proposed Order awarding attorneys' fees, litigation expenses, and Settlement Administrator's fees, and class representative service awards.

Dated: January 14, 2025

/s/ *Kenneth J. Grunfeld*
Kenneth J. Grunfeld
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
65 Overhill Road Bala
Cynwyd, PA 19004
(954) 525-4100
grunfeld@kolawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of January 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list.

*/s/ Kenneth J. Grunfeld*
Kenneth J. Grunfeld
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
65 Overhill Road Bala Cynwyd, PA 19004
(954) 525-4100
grunfeld@kolawyers.com

*Interim Co-Lead Class Counsel*