IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PHILADELPHIA INQUIRER DATA SECURITY LITIGATION | CIVIL ACTION<br><br>NO. 24-2106-KSM |

### ORDER

**AND NOW**, this 18th day of March, 2025, upon consideration of Plaintiffs' unopposed motion for final approval of the class action settlement (Doc. No. 30) and for attorneys' fees, service awards, and litigation expenses (Doc. No. 31), the entire record in this matter, and after a final fairness hearing with the parties on March 18, 2025, the Court finds as follows:

1. The motion for final approval of the class action settlement (Doc. No. 30) is **GRANTED** for the reasons set forth in the accompanying memorandum.

2. The Court **CERTIFIES** the following settlement class pursuant to Federal Rules of Procedure 23(a) and 23(b)(3):

    a. The approximately 25,549 natural persons whose Private Information was potentially compromised in the Data Incident.

3. Notice of the Settlement Agreement to the Settlement Class required by Rule 23(e) of the Federal Rules of Civil Procedure has been provided in an adequate and sufficient manner, constitutes the best notice practicable under the circumstances, and satisfies due process and Rules 23(c)(2)(B) and 23(e) of the Federal Rules of Civil Procedure.

4. The settlement agreement is **APPROVED** pursuant to Federal Rule of Civil Procedure 23(e) because the Court finds that it is fair, reasonable and adequate to all class

members.

       5.    The motion for approval of requested attorneys' fees, service awards, and litigation expenses (Doc. No. 31) is **GRANTED AS FOLLOWS**. The Court approves the payment to class counsel of $175,000 for attorney's fees; $13,765.32 for class counsel's litigation expenses; and $750 service awards for each class representatives.

       6.    The Settlement Administrator, Verita Global, LLC, shall distribute the settlement fund as set forth in the settlement agreement.

       7.    This matter is **DISMISSED WITH PREJUDICE**. The Court will maintain jurisdiction over the enforcement of the settlement.

      **IT IS SO ORDERED.**

                                   */s/ Karen Spencer Marston*
                                   KAREN SPENCER MARSTON, J.